Samuel R. Maizel (CA Bar No. 189301)
Scotta E. McFarland (CA Bar No. 165391)
Mary D. Lane (CA Bar No. 071592)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:       smaizel@pszjlaw.com
                   smcfarland@pszjlaw.com
                   mlane@pszjlaw.com

Attorneys for Debtor and Debtor in Possession
Gordian Medical, Inc., dba American Medical Technologies

FILED & ENTERED

MAR 26 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GORDIAN MEDICAL, INC., d/b/a AMERICAN MEDICAL TECHNOLOGIES,<br><br>Debtor. | Case No.: 8:12-12339-MW<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES**<br><br>**[Relates to Docket No. 67**<br><br>[No hearing required pursuant to L.B.R. 9013-1] |

The Court has considered the Debtor's *Motion for Order Establishing Interim Fee Application and Expense Reimbursement Procedures* (the "Motion") [Docket No. 67] filed by Gordian Medical, Inc., d/b/a American Medical Technologies, the debtor and debtor in possession in the above-captioned case (the "Debtor"). Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Motion.

Based upon the record before the Court, notice of the Motion is sufficient under the

DOCS_LA:250883.1 03717-001

circumstances and no hearing on the Motion is required pursuant to the Local Bankruptcy Rules; and after due deliberation and good cause appearing therefore,

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is GRANTED.

2. Commencing as of April 25, 2012, and continuing each month thereafter, each Professional seeking the payment of interim compensation concerning the previous calendar month(s) shall file with the Court and serve on the Office of the United States Trustee, the Debtor and its counsel, the Committee and its counsel of record (collectively, the "Notice Parties"), an application for interim compensation and reimbursement of expenses (the "Monthly Fee Application"). The Monthly Fee Application to be filed by April 25 2012 (the "Initial Monthly Fee Application), shall cover fees and expenses incurred from February 24, 2012 through March 31, 2012 (the "Initial Period").

2. Each Monthly Fee Application shall relate to services rendered and expenses incurred during the prior month, except for the Initial Monthly Fee Application that will cover the Initial Period. Each Monthly Fee Application shall seek payment of interim compensation in an amount equal to eighty percent (80%) of the fees sought and one hundred percent (100%) of the expenses incurred during the prior month, or the Initial Period, as the case may be; and shall indicate the amount requested, the total time expended, the names of the individuals who performed the services, and the hourly billing rate for each such individual. Each Monthly Fee Application shall be accompanied by a detailed listing of the time expended by the individuals who performed the services and the costs incurred during the pertinent month or Initial Period, as applicable

3. Each Professional electing to file a Monthly Fee Application shall: (1) serve a copy of said Monthly Fee Application on the Notice Parties and (2) serve a notice of said Monthly Fee Application, on any party who has requested special notice as of the date of the Notice (the "Special Notice Parties").

4. Any objection to the payment of fees or reimbursement of expenses in a Monthly Fee Application must be filed with the Court and served on the Professional whose Monthly Fee Application is the subject of the objection, the Office of the United States Trustee, the Debtor and

DOCS_LA:250883.1 03717-001

his counsel and counsel to Committee within ten (10) calendar days of the date the Notice was mailed (the "Objection Period"). If no objection is timely filed and served within the Objection Period, the Monthly Fee Application shall be deemed approved on an interim basis, and the Debtor shall be authorized to pay 80% of the fees and 100% of the expenses requested in the Monthly Fee Application without the Court holding a hearing or entering any further order thereon. If an objection is timely filed and served, then the Debtor shall be authorized to pay 80% of the fees and 100% of the expenses requested in the Monthly Fee Application that are undisputed.

5.  Notwithstanding the monthly fee request and payment thereof pursuant to Monthly Fee Applications, within thirty (30) days after the end of the each four-month period, commencing with the period that ends June 30, 2012, each Professional who has elected to file a Monthly Fee Application or is seeking interim compensation shall file with the Court and serve on the Notice Parties and any party who has requested special notice an interim fee application with a summary of the activities of the Professional (the "Interim Application"), in accordance with section 331 of the Bankruptcy Code, Bankruptcy Rules 2016 and 2002(a)(6) the United States Trustee's Guidelines and the Local Bankruptcy Rules. The Interim Applications may seek approval of up to one hundred percent (100%) (including the twenty percent (20%) of fees held back from Monthly Fee Applications) of the requested interim compensation and reimbursement of expenses, including any compensation and reimbursement covered by the Monthly Fee Applications, during the prior four-month period. All subsequent quarterly fee applications and hearings shall be held in accordance with the Local Bankruptcy Rules and the Federal Rules of Bankruptcy Procedure.

6.  The failure of any party to raise an objection to the Monthly Fee Application shall not be deemed a waiver of such objection for purposes of the Interim Application. The failure of any party to raise an objection to a Monthly Fee Application or Interim Application shall not be deemed a waiver of such objection for purposes of final applications for allowance of fees and reimbursement of expenses pursuant to section 330 of the Bankruptcy Code ("Final Applications"). Nothing in the Motion or in the interim procedures set forth herein shall relieve any Professional from the obligation to file final fee applications.

DOCS_LA:250883.1 03717-001

7. The Court shall retain jurisdiction with respect to any matters, claims rights or disputes arising from or related to the implementation of this Order.

###

DATED: March 26, 2012

*Mark S. Wallace*
United States Bankruptcy Judge

DOCS_LA:250883.1 03717-001

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067.**


A true and correct copy of the foregoing document described as: **ORDER GRANTING MOTION FOR ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES**, will be served or was served (a) on the judge in chambers in the form and manner required by lbr 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 21, 2012**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Overnight Mail**
Honorable Mark S. Wallace
U.S. Bankruptcy Court
411 West Fourth Street
Suite 6135, Courtroom 6C
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 21, 2012 | Sophia Margetis | /s/ Sophia Margetis |
|---|---|---|
| Date | Type Name | Signature |

DOCS_LA:250883.1 03717-001

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR ORDER ESTABLISHING INTERIM FEE APPLICATION AND EXPENSE REIMBURSEMENT PROCEDURES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**    Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 21, 2012**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

M Douglas Flahaut     flahaut.douglas@arentfox.com
Michael J Hauser     michael.hauser@usdoj.gov
Rodger M Landau     rlandau@lgbfirm.com, gguidetti@lgbfirm.com
Mary D Lane     mlane@pszjlaw.com
Samuel R Maizel     smaizel@pszjlaw.com, smaizel@pszjlaw.com
Scotta E McFarland     smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
Michael K Murray     mkmurray@lanak-hanna.com
Daniel H Reiss     dhr@lnbyb.com
Seth B Shapiro     seth.shapiro@usdoj.gov
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐     Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

  Gerald Del Signore
  Chief Executive Officer
  American Medical Technologies,
   dba Gordian Medical, Inc.
  17595 Cartwright Road
Irvine, CA 92614

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒     Service information continued on attached page

DOCS_LA:250883.1 03717-001

*American Medical Technologies*
*Chapter 11 Case No.: 8:12-bk-12339 MW*
*2002 Service List*

**Debtor**
Gerald Del Signore
Chief Executive Officer
American Medical Technologies,
  dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

Michael D. Watson
Vice President-Governmental Affairs
American Medical Technologies,
  dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

David R. Simon, Esq.
Vice President and General Counsel
American Medical Technologies,
dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

Regulatory Counsel
Fulbright & Jaworski LLP
Attn:  Frederick (Rick) Robinson
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2633

**Financial Advisors**

Financial Advisor
J. Michael Issa  / Brad Smith
Kerry Krisher
GlassRatner Advisory & Capital Group LLC
19800 MacArthur Boulevard, Suite 820
Irvine, CA 92612

**Regulators/Government Agencies**

Angela M. Belgrove
Assistant Regional Counsel
Office of the General Counsel
US Dept. of HHS
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

Seth B. Shapiro, Trial Attorney
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
1100 L Street, NW – 10th Floor
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044

**Committee of Creditors**

**Counsel for Committee of Creditors**
Rodger M. Landau
Landau Gottfried & Berger
1801 Century Park East, Suite 700
Los Angeles, CA 90067

Hartmann USA, Inc.
John Gilbert President and CEO
Hartmann USA, Inc.
481 Lakeshore Parkway
Rock Hill, SC 29730

Mr. Bryan Sherrel
Chief Financial Officer
Hartmann USA, Inc.
481 Lakeshore Parkway
Rock Hill, SC 29730

Medline Industries, Inc.
Attn: Shane M. Reed
One Medline Place
Mundelein, IL 60060

Dermarite Industries, LLC
Naftali Minzer
P.O. Box 631
Hawthorne, New Jersey, 07507

Enterprise Fleet Management
Michael Gerges
17210 S. Main Street
Gardena, CA 90248

De Royal Industries, Inc.
Tracy G. Edmundson
200 DeBusk Lane
Powell, Tennessee 37849

Request for Special Notice

Counsel for Creditor Medline Industries, Inc.
M. Douglas Flahaut
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Counsel for Creditor Medline Industries, Inc.
Robert M. Hirsch
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820