Samuel R. Maizel (CA Bar No. 189301)
Scotta E. McFarland (CA Bar No. 165391)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  smaizel@pszjlaw.com
  smcfarland@pszjlaw.com

Attorneys for Gordian Medical, Inc.,
dba American Medical Technologies,
Debtor and Debtor in Possession

**FILED & ENTERED**

**NOV 08 2013**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte       DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GORDIAN MEDICAL, INC., dba American Medical Technologies,<br><br>            Debtor | Case No.: 8:12-bk-12339-MW<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON MOTION FOR ENTRY OF AN ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION [DATED AUGUST 23, 2013]**<br><br>**[Relates to Docket No. 762]**<br><br>**Continued Confirmation Hearing Date:**<br>**Date:** January 15, 2014<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 6C<br>    411 West Fourth Street<br>    Santa Ana, CA  92701<br>**Judge**:  Hon. Mark Wallace |

The Court having considered the *Stipulation to Continue the Hearing on Motion for Entry of an Order Confirming Debtor's Plan of Reorganization [Dated: August 23, 2013]* (the "Stipulation") [1] [Docket No. 762] entered into by and among the Debtor, CMS, the IRS, the UST, and the Committee, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

---

[1] Capitalized terms not otherwise defined shall have the same mean as those ascribed in the Stipulation

1. The Stipulation is approved.

2. The hearing on the *Motion for Entry of an Order Confirming Debtor's Plan of Reorganization* shall be continued to **January 15, 2014, at 2:00 p.m.**

###

Date: November 8, 2013

Mark S. Wallace
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON MOTION FOR ENTRY OF AN ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION [DATED AUGUST 23, 2013]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **November 6, 2013**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

☒ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Debtor
Gordian Medical, Inc.
17575 Cartwright Road
Irvine, CA 92614

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9021-1.1.NOTICE.ENTERED.ORDER**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Todd M Bailey    todd.bailey@ftb.ca.gov
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Michael I Gottfried    mgottfried@lgbfirm.com, ncereseto@lgbfirm.com;rmartin-patterson@lgbfirm.com;kalandy@lgbfirm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Teddy M Kapur    tkapur@pszjlaw.com
- Joseph W Kots    jkots@state.pa.us
- Rodger M Landau    rlandau@lgbfirm.com, marizaga@lgbfirm.com;rmartin-patterson@lgbfirm.com;kalandy@lgbfirm.com
- Rodger M Landau    rlandau@lgbfirm.com, marizaga@lgbfirm.com;rmartin-patterson@lgbfirm.com;kalandy@lgbfirm.com
- Mary D Lane    mal@msk.com, mec@msk.com
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Michael K Murray    mkmurray@lanak-hanna.com
- Misty A Perry Isaacson    misty@pagterandmiller.com
- Daniel H Reiss    dhr@lnbyb.com
- Deirdre B Ruckman    druckman@gardere.com, druckman@gardere.com
- Seth B Shapiro    seth.shapiro@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jeanne C Wanlass    jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com
- David J Warner    David.J.Warner@irscounsel.treas.gov
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Brian D Wesley    brian.wesley@doj.ca.gov
- Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, rhonda.cole@nortonrosefulbright.com

3. **TO BE SERVED BY THE LODGING PARTY**:

**AMERICAN MEDICAL TECHNOLOGIES**
**Chapter 11 Case No.: 8:12-bk-12339-MW**
**2002 Service List**

**Financial Advisor**
J. Michael Issa / Brad Smith
Kerry Krisher
GlassRatner Advisory & Capital Group LLC
19800 MacArthur Boulevard, Suite 820
Irvine, CA 92612

Special Tax Counsel for Debtor
Lance N. Jurich / Christopher W. Campbell
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067

**Debtor**
Gerald Del Signore
Chief Executive Officer
American Medical Technologies,
   dba Gordian Medical, Inc.
17595 Cartwright Road
David R. Simon, Esq.
Vice President and General Counsel
American Medical Technologies,
dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

**Regulators/Government Agencies**

Michael D. Watson
Vice President-Governmental Affairs
American Medical Technologies,
   dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

Office of the United States Trustee
Michael Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-4593

Counsel for the IRS
David J. Warner
Assistant U.S. Attorney
24000 Avila Road, Suite 4404
Mail Stop 8800
Laguna Niguel, CA  92677

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9021-1.1.NOTICE.ENTERED.ORDER**

| | Counsel for CMS | Regulatory Counsel |
|---|---|---|
| Angela M. Belgrove | Seth B. Shapiro, Trial Attorney | Fulbright & Jaworski LLP |
| Assistant Regional Counsel | U.S. Department of Justice – Civil Division | Attn: Frederick (Rick) Robinson |
| Office of the General Counsel | Commercial Litigation Branch | 801 Pennsylvania Avenue, N.W. |
| US Dept. of HHS | 1100 L Street, NW – 10th Floor | Washington, D.C. 20004-2633 |
| 90 7th Street, Suite 4-500 | P.O. Box 875 - Ben Franklin Station | |
| San Francisco, CA 94103-6705 | | |

**Counsel for Committee of Creditors**
Rodger M. Landau
Landau Gottfried & Berger
1801 Century Park East, Suite 700
Los Angeles, CA 90067

Mr. Bryan Sherrel
Chief Financial Officer
Hartmann USA, Inc.
481 Lakeshore Parkway
 Rock Hill, SC  29730

**Committee of Creditors**

Enterprise Fleet Management
Michael Gerges
17210 S. Main Street
Gardena, CA 90248

Hartmann USA, Inc.
John Gilbert President and CEO
Hartmann USA, Inc.
481 Lakeshore Parkway
Rock Hill, SC 29730

Dermarite Industries, LLC
Naftali Minzer
P.O. Box 631
Hawthorne, New Jersey, 07507

Medline Industries, Inc.
Attn:  Shane M. Reed
One Medline Place
Mundelein, IL 60060

De Royal Industries, Inc.
Tracy G. Edmundson
200 DeBusk Lane
Powell, Tennessee 37849

Counsel for DeRoyal Industries, Inc.
Pagter and Miller
Misty Perry Isaacson
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701

Joseph Kots
Department of Labor and Industry
Reading Bankruptcy and Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1152

Counsel for Creditor Medline Industries, Inc.
M. Douglas Flahaut
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

**Requests for Special Notice**

Counsel for Creditor Medline Industries, Inc.
Robert M. Hirsch
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Michael E. Large
Large & Associates
529 Alabama Street
Bristol, TN  37620

Rebecca Adelman
Adelman Law Firm, PLLC
545 South Main Street, Room 111
Memphis, TN  38103

Jeffrey Schlapp
Horwitz, Horwitz & Associates, Ltd.
25 East Washington, Suite 900
Chicago, IL  60602

Jason M. Crowder
Corporate Counsel
Petersen Healthcare, Inc.
830 West Trailcreek Drive
Peoria, IL  61614

Riverside Claims LLC
Neil Herskowitz
PO Box 626
Planetarium Station
New York, NY 10024

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                       **F 9021-1.1.NOTICE.ENTERED.ORDER**