Samuel R. Maizel (CA Bar No. 189301)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail: smaizel@pszjlaw.com
        mpagay@pszjlaw.com

Attorneys for Gordian Medical, Inc.,
dba American Medical Technologies,
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GORDIAN MEDICAL, INC., dba American Medical Technologies,<br><br>Debtor. | Case No.: 8:12-bk-12339-MW<br><br>Chapter 11<br><br>**STIPULATION TO FURTHER CONTINUE HEARING ON (1) PLAN CONFIRMATION AND PLEADINGS IN SUPPORT THEREOF; (2) MOTIONS APPROVING SETTLEMENTS WITH CENTERS FOR UNITED STATES MEDICARE AND MEDICAID, THE INTERNAL REVENUE SERVICE AND THE FRANCHISE TAX BOARD AND (3) THE DEBTOR'S OBJECTION TO THE CLAIMS OF CMS**<br><br>[Relates to Docket Nos. 742, 1395, 1416, 1417, 1418, 1419 and 1420]<br><br>**Present Hearing:**<br>**Date:** March 4, 2015<br>**Time:** 2:00 p.m.<br><br>**Requested Continued Hearing Date:**<br>**Date:** May 6, 2015<br>**Time** 2:00 p.m.<br>**Place:** Courtroom 6C<br>411 West Fourth Street<br>Santa Ana, CA  92701<br>**Judge:** Hon. Mark Wallace |

**TO THE HONORABLE MARK WALLACE, UNITED STATES BANKRUPTCY JUDGE;**

**THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE INTERNAL**

**REVENUE SERVICE; THE FRANCHISE TAX BOARD; THE OFFICE OF THE UNITED STATES TRUSTEE; AND PARTIES REQUESTING SPECIAL NOTICE:**

Gordian Medical, Inc., the debtor and debtor in possession (the "Debtor"), and the United States on Behalf of the U.S. Department of Health & Human Services ("HHS"), and its designated component, the Centers for Medicare and Medicaid Services ("CMS") ("HHS" and "CMS" collectively referred to as "CMS"), the United States Internal Revenue Service ("IRS") and the California Franchise Tax Board (the "FTB" together with the IRS, CMS and the Debtor shall be collectively referred to as the "Parties") by and through their respective counsel, hereby stipulate and agree as follows in accordance with the following recitals.

## **RECITALS**

A.  The Debtor filed its *First Amended Plan of Reorganization [Dated January 13, 2015]* ("Plan") on January 13, 2015 and originally set February 18, 2015 as the hearing date ("the February 18 Hearing") for the confirmation of the Plan ("Confirmation").  Thereafter, pursuant to a stipulation between the Parties, the February 18 Hearing was continued to March 4, 2014 (the "March 4 Hearing") because the settlement with CMS was not yet approved by the DOJ.  The Plan incorporates the pending resolutions of all the disputes between CMS, the IRS and the FTB. Additionally, pursuant to a stipulation by and between the Debtor and CMS, the *Debtor's Motion for Order Disallowing Claim Nos. 51-1, 51-2 and 52-1 Filed by the United States on Behalf of the U.S. Department of Health & Human Services* ("Objection Motion") was continued to March 4, 2015 because the resolution of the Objection Motion is inextricably connected to the Confirmation of the Plan.

B.  On February 11, 2015, the Debtor filed *the Motion Confirming First Amended Plan of Reorganization [Dated January 13, 2015]* [Docket No. 1419], the *Motion Approving Adequacy of Information in its First Amended Plan of Reorganization [Dated January 13, 2015]* [Docket No. 1420] (the "Confirmation Pleadings") and 3 motions seeking approval of settlements between CMS, the IRS and the FTB (the "Settlement Motions") [Docket Nos. 1416, 1417, 1418].  The Confirmation Pleadings as well as the Settlement Motions were all scheduled for hearing on March 4, 2015 along with the Confirmation of the Plan and the Objection Motion.

2

B.  Counsel for CMS has advised Debtor's counsel that approval of the CMS settlement by the DOJ will take at least another 4-6 weeks. As such, in light of the delay of such approval, the Parties request that the March 4 Hearing on Confirmation of the Plan be further continued.

C.  There are only three creditors with a continuing interest in the case and all have agreed to this continuance.

## STIPULATION

The undersigned Parties hereby stipulate and agree as follows:

1.  The Parties incorporate the Recitals as set forth in paragraphs A through C above and such Recitals are made a material part hereof.

2.  Subject to approval of the Court, the March 4 Hearing pertaining to the Confirmation of the Plan and the Confirmation Pleadings in support thereof, the Settlement Motions and the Debtor's Objection Motion shall be continued from March 4, 2015 at 2:00 p.m., to **May 6, 2015 at 2:00 p.m.**, or to a later date convenient to the Court's calendar.

3.  The IRS, the FTB and CMS shall all have 2 business days prior to the requested May 6, 2015 hearing to file any responses or objections to Confirmation of the Plan, the Confirmation Pleadings and the Settlement Motions.

4.  CMS shall have 2 business days prior to the requested May 6, 2015 hearing to file any opposition or responsive papers to the Objection Motion.

5.  Notice of the continued hearing on Confirmation shall be served to all creditors entitled to such notice immediately upon the entry of the Order approving this Stipulation.

Dated:  February 27, 2015                PACHULSKI STANG ZIEHL & JONES LLP

By:  */s/ Samuel R. Maizel*
Samuel R. Maizel
Attorneys for Debtor and Debtor in
Possession Gordian Medical, Inc., dba
American Medical Technologies

3

DOCS_LA:286670.1 03717/002

| | |
|---|---|
| Dated: February 27, 2015 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>COMMERCIAL LITIGATION BRANCH<br><br>By: /s/ Seth B. Shapiro<br>John T. Stemplewicz<br>Acting Director<br>Tracy J. Whitaker<br>Assistant Director<br>Seth B. Shapiro<br>Trial attorney<br>Attorneys for the United States<br>of America, on behalf of the United<br>States Department of Health and<br>Human Services and the Centers for<br>Medicare and Medicaid Services |
| Dated: February ___, 2015 | UNITED STATES ATTORNEY'S OFFICE<br>TAX DIVISION<br><br>_____<br>SANDRA R. BROWN<br>Assistant United States Attorney<br>Chief, Tax Division<br>ROBERT F. CONTE<br>Assistant United States Attorney<br>Attorneys for United States of America,<br>on behalf of the Internal Revenue Service |
| Dated: February ___, 2015 | KAMALA D. HARRIS<br>Attorney General of California<br>DIANE S. SHAW<br>Supervising Deputy Attorney General<br><br>By: _____<br>Lisa W. Chao<br>Deputy Attorney General<br>Attorneys for the Franchise Tax Board |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

DOCS_LA:286670.1 03717/002

| | | |
|---|---|---|
| 1 | Dated: February ___, 2015 | U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION |
| 2 | | COMMERCIAL LITIGATION BRANCH |
| 3 | | |
| 4 | | By: _____ John T. Stemplewicz |
| 5 | | Acting Director Tracy J. Whitaker |
| 6 | | Assistant Director Seth B. Shapiro |
| 7 | | Trial attorney Attorneys for the United States |
| 8 | | of America, on behalf of the United States Department of Health and |
| 9 | | Human Services and the Centers for Medicare and Medicaid Services |
| 10 | Dated: February 27, 2015 | UNITED STATES ATTORNEY'S OFFICE TAX DIVISION |
| 11 | | /s/ L. Gang |
| 12 | | SANDRA R. BROWN Assistant United States Attorney |
| 13 | | Chief, Tax Division ROBERT F. CONTE |
| 14 | | Assistant United States Attorney Attorneys for United States of America, |
| 15 | | on behalf of the Internal Revenue Service |
| 16 | | |
| 17 | Dated: February ___, 2015 | KAMALA D. HARRIS |
| 18 | | Attorney General of California DIANE S. SHAW |
| 19 | | Supervising Deputy Attorney General |
| 20 | | |
| 21 | | By: _____ Lisa W. Chao |
| 22 | | Deputy Attorney General Attorneys for the Franchise Tax Board |

| | | |
|---|---|---|
| 1 | Dated: February ___, 2015 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>COMMERCIAL LITIGATION BRANCH |
| | | |
| | | By: _____<br>John T. Stemplewicz<br>Acting Director<br>Tracy J. Whitaker<br>Assistant Director<br>Seth B. Shapiro<br>Trial attorney<br>Attorneys for the United States<br>of America, on behalf of the United<br>States Department of Health and<br>Human Services and the Centers for<br>Medicare and Medicaid Services |
| | Dated: February ___, 2015 | UNITED STATES ATTORNEY'S OFFICE<br>TAX DIVISION |
| | | _____<br>SANDRA R. BROWN<br>Assistant United States Attorney<br>Chief, Tax Division<br>ROBERT F. CONTE<br>Assistant United States Attorney<br>Attorneys for United States of America,<br>on behalf of the Internal Revenue Service |
| | Dated: February 27, 2015 | KAMALA D. HARRIS<br>Attorney General of California<br>DIANE S. SHAW<br>Supervising Deputy Attorney General<br><br>By: /s/ Lisa W. Chao<br>Lisa W. Chao<br>Deputy Attorney General<br>Attorneys for the Franchise Tax Board |

4

DOCS_LA:286670.1 03717/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO FURTHER CONTINUE HEARING ON (1) PLAN CONFIRMATION AND PLEADINGS IN SUPPORT THEREOF; (2) MOTIONS APPROVING SETTLEMENTS WITH CENTERS FOR UNITED STATES MEDICARE AND MEDICAID, THE INTERNAL REVENUE SERVICE AND THE FRANCHISE TAX BOARD AND (3) THE DEBTOR'S OBJECTION TO THE CLAIMS OF CMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 27, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 27, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 27, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Overnight Mail
Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 27, 2015 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:271906.9 03717/002

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Todd M Bailey    todd.bailey@ftb.ca.gov
- Frank Cadigan    frank.cadigan@usdoj.gov
- Lisa W Chao    lisa.chao@doj.ca.gov
- Robert F Conte    robert.conte@usdoj.gov
- Rebecca L Daum    kenise_taylor@tax.state.oh.us
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Michael I Gottfried    mgottfried@lgbfirm.com, ncereseto@lgbfirm.com;kalandy@lgbfirm.com;marizaga@lgbfirm.com;cboyias@lgbfirm.com;rspahnn@lgbfirm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Michael R Hickman    mhickman@cwlawyers.com, ymolinar@cwlawyers.com;dvillamar@cwlawyers.com;ecline@cwlawyers.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Lance N Jurich    ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Teddy M Kapur    tkapur@pszjlaw.com
- Joseph W Kots    jkots@state.pa.us
- Rodger M Landau    rlandau@lgbfirm.com, marizaga@lgbfirm.com;kalandy@lgbfirm.com
- Rodger M Landau    rlandau@lgbfirm.com, marizaga@lgbfirm.com;kalandy@lgbfirm.com
- Mary D Lane    mal@msk.com, mec@msk.com
- Samuel R Maizel    smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Michael K Murray    mkmurray@lanak-hanna.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Penelope Parmes    penelope.parmes@troutmansanders.com
- Misty A Perry Isaacson    , ecf@ppilawyers.com
- Daniel H Reiss    dhr@lnbyb.com
- Seth B Shapiro    seth.shapiro@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jeanne C Wanlass    jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com
- David J Warner    David.J.Warner@irscounsel.treas.gov
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Brian D Wesley    brian.wesley@doj.ca.gov
- Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com

**2. SERVED BY UNITED STATES MAIL:**

**AMERICAN MEDICAL TECHNOLOGIES**
Chapter 11 Case No.:  8:12-bk-12339-MW
2002 Service List

**Debtor**
Gerald Del Signore
Chief Executive Officer
American Medical Technologies,
  dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

Michael D. Watson
Vice President-Governmental Affairs
American Medical Technologies,
  dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

**Financial Advisor**
Kerry Krisher
GlassRatner Advisory & Capital Group LLC
19800 MacArthur Boulevard, Suite 820
Irvine, CA 92612

David R. Simon, Esq.
Vice President and General Counsel
American Medical Technologies,
dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

Office of the United States Trustee
Michael Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-4593

Special Tax Counsel for Debtor
Lance N. Jurich / Christopher W. Campbell
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067

Counsel to Gerald Del Signore
Penelope Parmes
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545

Counsel for the IRS
David J. Warner
Assistant U.S. Attorney
24000 Avila Road, Suite 4404
Mail Stop 8800
Laguna Niguel, CA  92677

Angela M. Belgrove
Assistant Regional Counsel
Office of the General Counsel
US Dept. of HHS
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

Counsel for CMS
Seth B. Shapiro, Trial Attorney
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
1100 L Street, NW – 10th Floor
P.O. Box 875 - Ben Franklin Station
Washington, D.C. 20044

Regulatory Counsel
Fulbright & Jaworski LLP
Attn:  Frederick (Rick) Robinson
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2633

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:271906.9 03717/002

**Requests for Special Notice**

| | | |
|---|---|---|
| Counsel for DeRoyal Industries, Inc.<br>Pagter and Perry Isaacson, APLC<br>Misty Perry Isaacson<br>525 N. Cabrillo Park Drive<br>Suite 104<br>Santa Ana, CA 92701 | Joseph Kots<br>Department of Labor and Industry<br>Reading Bankruptcy and Compliance Unit<br>625 Cherry Street, Room 203<br>Reading, PA  19602-1152 | Counsel for Creditor Medline Industries, Inc.<br>M. Douglas Flahaut<br>Arent Fox LLP<br>555 West Fifth Street, 48th Floor<br>Los Angeles, CA 90013-1065 |
| Counsel for Creditor Medline Industries, Inc.<br>Robert M. Hirsch<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019-5820 | Michael E. Large<br>Large & Associates<br>529 Alabama Street<br>Bristol, TN  37620 | Rebecca Adelman<br>Adelman Law Firm, PLLC<br>545 South Main Street, Room 111<br>Memphis, TN  38103 |
| Hartmann USA, Inc.<br>John Gilbert President and CEO<br>481 Lakeshore Parkway<br>Rock Hill, SC 29730 | Mr. Bryan Sherrel<br>Chief Financial Officer<br>Hartmann USA, Inc.<br>481 Lakeshore Parkway<br>Rock Hill, SC  29730 | Enterprise Fleet Management<br>Michael Gerges<br>333 City Boulevard West<br>Suite 1010<br>Orange, CA  92868 |
| De Royal Industries, Inc.<br>Tracy G. Edmundson<br>200 DeBusk Lane<br>Powell, Tennessee 37849 | Dermarite Industries, LLC<br>Naftali Minzer<br>P.O. Box 631<br>Hawthorne, New Jersey, 07507 | Medline Industries, Inc.<br>Attn:  Shane M. Reed<br>One Medline Place<br>Mundelein, IL 60060 |
| Jeffrey Schlapp<br>Horwitz, Horwitz & Associates, Ltd.<br>25 East Washington, Suite 900<br>Chicago, IL  60602 | Jason M. Crowder<br>Corporate Counsel<br>Petersen Healthcare, Inc.<br>830 West Trailcreek Drive<br>Peoria, IL  61614 | Riverside Claims LLC<br>Neil Herskowitz<br>PO Box 626<br>Planetarium Station<br>New York, NY 10024 |
| Pioneer Credit Recovery, Inc.<br>26 Edward St.<br>Arcade, NV  14009 | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                       **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:271906.9 03717/002