Samuel R. Maizel (CA Bar No. 189301)
Malhar S. Pagay (CA Bar No. 189289)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   smaizel@pszjlaw.com
          mpagay@pszjlaw.com

Attorneys for Gordian Medical, Inc., dba American Medical
Technologies, Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>GORDIAN MEDICAL, INC., dba AMERICAN MEDICAL TECHNOLOGIES,<br><br>Debtor. | Case No.: 8:12-12339-MW<br><br>Chapter 11<br><br>**DECLARATION BRAD W. SMITH IN SUPPORT OF CONFIRMATION OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION [DATED APRIL 27, 2015]**<br><br>**[Relates to Docket No. 1465]**<br><br>**Hearing:**<br>Date:   May 6, 2015<br>Time:   2:00 p.m.<br>Place:  Courtroom 6C<br>        U.S. Bankruptcy Court<br>        411 West Fourth Street<br>        Santa Ana, CA 92701-4593<br><br>**Judge:** Hon. Mark S. Wallace |

DOCS_LA:287993.2 03717/002              1

I, Brad W. Smith, declare as follows:

1. I am a Managing Director of GlassRatner Advisory & Capital Group LLC, the financial advisor to Gordian Medical, Inc., dba American Medical Technologies (the "Debtor"). I am one of two persons who are primarily responsible on a day-to-day basis for advising the Debtor and for preparing weekly cash flow analysis for the Debtor and its counsel. In that capacity, I am generally familiar with the Debtor's books and records and its business and financial affairs.

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge (my own or that gathered from others that work with me), and my review of relevant documents. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. I submit this Declaration in support of confirmation of the Debtor's Second Amended Plan of Reorganization [Dated April 27, 2015] (the "Plan"). Capitalized terms not otherwise defined in this Declaration have the meaning given them in the *Motion For Entry Of An Order Confirming Debtor's First Amended Plan of Reorganization [Dated January 13, 2105]* (the "Motion") and the Plan.

4. Based on my analysis of the Debtor's current financial records, including cash flow projections, the monthly operating expenses of the Debtor are currently approximately $4 million per month and are satisfied out of the cash flows generated by the Debtor's business, assuming that the Regions continue to pay the Debtor consistently with the payment levels experienced during the prior six months.

5. The sources of funds for the payments that the Reorganized Debtor will be required to make (or reserve for) on the Effective Date are (1) the Debtor's Cash on hand, anticipated to be approximately $4.5 million, and (2) the contribution to be made by Gerald Del Signore in an amount not to exceed $13.5 million (which funds are already escrowed at Troutman Sanders LLP for these purposes) (the "Contribution"). Such funds will be available to make the following anticipated payments:

(a) There is an interim fee procedure in place in this Case pursuant to which the Professionals that have filed fee applications have been paid allowed amounts during the course of

the Case. The Debtor estimates that the amount of the Allowed Professional Fee Claims that will remain unpaid as of the Effective Date will be approximately $500,000.00.

(b) The Debtor is current on its payment of U.S. Trustee ("UST") fees to date and estimates that it will require an additional $20,000 to pay any U.S. Trustee fees at confirmation. The UST fees owing for second quarter of 2015 assume the $13.7 million to be paid to the United States Centers for Medicare and Medicaid Services ("CMS"), the United States Internal Revenue Service ("IRS"), and the California Franchise Tax Board ("FTB") is included in the disbursements calculation.

(c) The Debtor is currently unaware of any Cure Claims other than the payments required to be made to CMS to allow the Debtor to assume its Supplier Agreement between it and CMS. The Debtor has agreed to pay CMS $35 million in settlement of its claims and as cure payments to allow the assumption of the Supplier Agreement. This amount shall be paid as follows: (a) $5 million at confirmation; (b) $4.6 million as a recoupment by CMS of the amounts currently held in suspense by CMS, and (c) $25.4 million recouped by CMS from ongoing payments in the ordinary course of business in equal monthly installments over 84 months, with interest accruing at the Federal post-judgment interest rate. At the current Federal post-judgment interest rate of 0.25%, this equates to a monthly payment of $305,066 per month. The settlement also provides that CMS gets ½ of the funds awarded to the Debtor on pending administrative appeals regarding postpetition dates of delivery, but these amounts will only reduce the amount outstanding and will not reduce the monthly payment obligations from the Debtor to CMS (thus, the length of time required to pay off the settlement with CMS may be less than 84 months).

(d) The Debtor has agreed to pay the IRS $6,732,041 on account if its claim at confirmation.

(e) The Debtor has agreed to pay the FTB $2,014,010 on account of its claim at confirmation.

(f) The Debtor is currently unaware of any outstanding Priority Wage Claims and is not aware of any other Priority Non Tax Claims.

(g) The Debtor is not aware of any Miscellaneous Secured Claims.

        (h)    The Debtor is not aware of any General Unsecured Claims.

        (i)    The Debtor is not aware of any Priority Tax Claims.

6.    Therefore, I anticipate that the Debtor will require approximately $13,746,051 at confirmation to make the payments required to confirm the Plan and will have on hand with the new value contribution from Mr. Del Signore a total of approximately $18 million.

7.    Furthermore, based on the Cash Flow Projection (attached hereto as Exhibit A) I anticipate that the Debtor will have sufficient funds to make the monthly payment to CMS, currently calculated at $305,066 per month.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of April, 2015 in Los Angeles, California.

_____
Brad W. Smith

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

**Gordian Medical, Inc.**
**Cash Flow Projection**

| Period | Projected 5/11/15 5/15/2015 | Projected 5/18/15 5/22/2015 | Projected 5/23/15 5/30/2015 | Projected June 2015 | Projected July 2015 | Projected August 2015 | Projected September 2015 | Projected October 2015 | Projected November 2015 | Projected December 2015 | Projected Janaury 2016 | Projected February 2016 | Projected March 2016 | Projected April 2016 | Projected May 2016 - April 2017 | Projected May 2017 - April 2018 | Projected May 2018 - April 2019 | Projected May 2019 - April 2020 | Projected May 2020 - April 2021 | Projected May 2021 - April 2022 | Projected Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW** | | | | | | | | | | | | | | | | | | | | | |
| Beginning Available Cash Balance | 4,451,240 | 3,870,571 | 4,303,047 | 3,612,908 | 3,438,185 | 3,012,672 | 3,091,926 | 3,199,216 | 3,312,348 | 3,488,882 | 3,718,260 | 3,957,282 | 4,270,693 | 4,671,919 | 5,108,145 | 8,992,831 | 11,864,112 | 13,663,340 | 14,486,945 | 14,446,689 | 4,451,240 |
| Total Operating Cash Receipts | 1,069,414 | 1,100,156 | 1,037,976 | 4,214,748 | 4,277,654 | 4,400,625 | 4,403,661 | 4,434,504 | 4,472,905 | 4,520,749 | 4,580,393 | 4,654,782 | 4,747,597 | 4,747,597 | 57,540,875 | 58,116,284 | 58,697,447 | 59,284,421 | 59,877,265 | 60,476,038 | 406,655,092 |
| Total Available Cash | **5,520,654** | **4,970,727** | **5,341,024** | **7,827,656** | **7,715,839** | **7,413,297** | **7,495,587** | **7,633,719** | **7,785,253** | **8,009,631** | **8,298,653** | **8,612,064** | **9,018,290** | **9,419,516** | **62,649,021** | **67,109,115** | **70,561,558** | **72,947,761** | **74,364,210** | **74,922,727** | **411,106,333** |
| **Total Operating Disbursements** | 1,586,500 | 667,680 | 1,423,050 | 4,035,305 | 4,226,254 | 4,016,305 | 3,991,305 | 4,016,305 | 3,991,305 | 3,986,305 | 4,036,305 | 4,036,305 | 4,041,305 | 4,006,305 | 49,995,398 | 51,584,211 | 53,237,426 | 54,800,025 | 56,256,729 | 57,754,356 | 371,688,678 |
| Non-Operating Disbursements | | | | | | | | | | | | | | | | | | | | | |
| Professional Fees (Restructuring) | 63,583 | 0 | 0 | 49,100 | 171,848 | | | | | | | | | | | | | | | | 284,531 |
| **Total Non-Operating Disbursements** | 63,583 | 0 | 0 | 49,100 | 171,848 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 284,531 |
| **Total Disbursements** | 1,650,083 | 667,680 | 1,423,050 | 4,084,405 | 4,398,102 | 4,016,305 | 3,991,305 | 4,016,305 | 3,991,305 | 3,986,305 | 4,036,305 | 4,036,305 | 4,041,305 | 4,006,305 | 49,995,398 | 51,584,211 | 53,237,426 | 54,800,025 | 56,256,729 | 57,754,356 | 371,973,209 |
| **Net Cash Flows - Total** | (580,669) | 432,476 | (385,074) | 130,343 | (120,447) | 384,320 | 412,356 | 418,199 | 481,600 | 534,444 | 544,088 | 618,477 | 706,292 | 741,292 | 7,545,478 | 6,532,073 | 5,460,021 | 4,484,396 | 3,620,536 | 2,721,683 | 34,681,883 |
| **CMS Payment** | | | 305,066 | 305,066 | 305,066 | 305,066 | 305,066 | 305,066 | 305,066 | 305,066 | 305,066 | 305,066 | 305,066 | 305,066 | 3,660,792 | 3,660,792 | 3,660,792 | 3,660,792 | 3,660,792 | 3,660,792 | 25,625,544 |
| **Ending Available Cash Balance** | 3,870,571 | 4,303,047 | 3,612,908 | 3,438,185 | 3,012,672 | 3,091,926 | 3,199,216 | 3,312,348 | 3,488,882 | 3,718,260 | 3,957,282 | 4,270,693 | 4,671,919 | 5,108,145 | 8,992,831 | 11,864,112 | 13,663,340 | 14,486,945 | 14,446,689 | 13,507,580 | 13,507,580 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION BRAD W. SMITH IN SUPPORT OF CONFIRMATION OF DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION [DATED APRIL 27, 2015]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 27, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **April 27, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 27, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Overnight Mail
Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 27, 2015 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:251839.3 03717/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Todd M Bailey     todd.bailey@ftb.ca.gov*
- *Frank Cadigan     frank.cadigan@usdoj.gov*
- *Lisa W Chao     lisa.chao@doj.ca.gov*
- *Robert F Conte     robert.conte@usdoj.gov*
- *Rebecca L Daum     kenise_taylor@tax.state.oh.us*
- *M Douglas Flahaut     flahaut.douglas@arentfox.com*
- *Marshall F Goldberg     mgoldberg@glassgoldberg.com*
- *Michael I Gottfried     mgottfried@lgbfirm.com, ncereseto@lgbfirm.com;kalandy@lgbfirm.com;marizaga@lgbfirm.com;cboyias@lgbfirm.com;rspahnn@lgbfirm.com*
- *Michael J Hauser     michael.hauser@usdoj.gov*
- *Michael R Hickman     mhickman@cwlawyers.com, ymolinar@cwlawyers.com;dvillamar@cwlawyers.com;ecline@cwlawyers.com*
- *Lance N Jurich     ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com*
- *Lance N Jurich     ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com*
- *Jeffrey L Kandel     jkandel@pszjlaw.com*
- *Teddy M Kapur     tkapur@pszjlaw.com*
- *Joseph W Kots     jkots@state.pa.us*
- *Rodger M Landau     rlandau@lgbfirm.com, marizaga@lgbfirm.com;kalandy@lgbfirm.com*
- *Rodger M Landau     rlandau@lgbfirm.com, marizaga@lgbfirm.com;kalandy@lgbfirm.com*
- *Mary D Lane     mal@msk.com, mec@msk.com*
- *Samuel R Maizel     smaizel@pszjlaw.com, smaizel@pszjlaw.com*
- *Scotta E McFarland     smcfarland@pszjlaw.com, smcfarland@pszjlaw.com*
- *Michael K Murray     mkmurray@lanak-hanna.com*
- *Malhar S Pagay     mpagay@pszjlaw.com, mpagay@pszjlaw.com*
- *Penelope Parmes     penelope.parmes@troutmansanders.com*
- *Misty A Perry Isaacson     , ecf@ppilawyers.com*
- *Daniel H Reiss     dhr@lnbyb.com*
- *Seth B Shapiro     seth.shapiro@usdoj.gov*
- *United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov*
- *Jeanne C Wanlass     jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com*
- *David J Warner     David.J.Warner@irscounsel.treas.gov*
- *Elizabeth Weller     dallas.bankruptcy@publicans.com*
- *Brian D Wesley     brian.wesley@doj.ca.gov*
- *Rebecca J Winthrop     rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com*

2. **SERVED BY UNITED STATES MAIL**:

**AMERICAN MEDICAL TECHNOLOGIES**
**Chapter 11 Case No.: 8:12-bk-12339-MW**
**2002 Service List**

**Debtor**
Gerald Del Signore
Chief Executive Officer
American Medical Technologies,
  dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

Michael D. Watson
Vice President-Governmental Affairs
American Medical Technologies,
  dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

**Financial Advisor**
Kerry Krisher
GlassRatner Advisory & Capital Group LLC
19800 MacArthur Boulevard, Suite 820
Irvine, CA 92612

David R. Simon, Esq.
Vice President and General Counsel
American Medical Technologies,
dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

Office of the United States Trustee
Michael Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-4593

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:251839.3 03717/002

<u>Special Tax Counsel for Debtor</u>
Lance N. Jurich / Christopher W. Campbell
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

<u>Counsel to Gerald Del Signore</u>
Penelope Parmes
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545

<u>Counsel for the IRS</u>
David J. Warner
Assistant U.S. Attorney
24000 Avila Road, Suite 4404
Mail Stop 8800
Laguna Niguel, CA 92677

Angela M. Belgrove
Assistant Regional Counsel
Office of the General Counsel
US Dept. of HHS
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

<u>Counsel for CMS</u>
Seth B. Shapiro, Trial Attorney
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
1100 L Street, NW – 10th Floor
P.O. Box 875 - Ben Franklin Station
Washington, D.C. 20044

Regulatory Counsel
Norton Rose Fulbright US LLP
Attn:  Frederick Robinson
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623

**Requests for Special Notice**

Counsel for DeRoyal Industries, Inc.
Pagter and Perry Isaacson, APLC
Misty Perry Isaacson
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701

Joseph Kots
Department of Labor and Industry
Reading Bankruptcy and Compliance Unit
625 Cherry Street, Room 203
Reading, PA 19602-1152

Counsel for Creditor Medline Industries, Inc.
M. Douglas Flahaut
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Counsel for Creditor Medline Industries, Inc.
Robert M. Hirsch
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Michael E. Large
Large & Associates
529 Alabama Street
Bristol, TN 37620

Rebecca Adelman
Adelman Law Firm, PLLC
545 South Main Street, Room 111
Memphis, TN 38103

Jeffrey Schlapp
Horwitz, Horwitz & Associates, Ltd.
25 East Washington, Suite 900
Chicago, IL 60602

Jason M. Crowder
Corporate Counsel
Petersen Healthcare, Inc.
830 West Trailcreek Drive
Peoria, IL 61614

Riverside Claims LLC
Neil Herskowitz
PO Box 626
Planetarium Station
New York, NY 10024

Pioneer Credit Recovery, Inc.
26 Edward St.
Arcade, NV 14009

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:251839.3 03717/002

**F 9013-3.1.PROOF.SERVICE**