1  Samuel R. Maizel (CA Bar No. 189301)
   Malhar S. Pagay (CA Bar No. 189289)
2  Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, California  90067-4003
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760
   E-mail:   smaizel@pszjlaw.com
5            mpagay@pszjlaw.com

6  Attorneys for Gordian Medical, Inc.,
   d/b/a American Medical Technologies, the Reorganized Debtor

7

8          UNITED STATES BANKRUPTCY COURT
            CENTRAL DISTRICT OF CALIFORNIA
9                SANTA ANA DIVISION

10

11 In re:                                    Case No.: 12-12339 (MW)
                                             Chapter 11
12
                                             **NOTICE OF:**
13 GORDIAN MEDICAL, INC., d/b/a American
   Medical Technologies,                     **(A) ENTRY OF CONFIRMATION ORDER;**
14
                                             **(B) OCCURRENCE OF EFFECTIVE DATE**
15              Debtor.                       **OF SECOND AMENDED PLAN OF**
                                             **REORGANIZATION [DATED APRIL 27,**
16                                           **2015] PROPOSED BY THE DEBTOR**

17                                           **(C) THE BAR DATE FOR ASSERTION OF**
                                             **DAMAGE CLAIMS FOR REJECTION**
18                                           **OF EXECUTORY CONTRACTS AND**
                                             **UNEXPIRED LEASES**
19
                                             **(D) THE BAR DATE FOR PROFESSIONAL**
20                                           **FEE CLAIMS;**

21                                           **(E) THE BAR DATE FOR ASSERTION OF**
                                             **CERTAIN NON-ORDINARY COURSE**
22                                           **ADMINISTRATIVE CLAIMS; AND**

23                                           **(F) INJUNCTION**

24                                           [No Hearing Required]

25 **TO ALL CREDITORS AND PARTIES IN INTEREST:**

26         1.      **Confirmation of Plan.** On May 13, 2015, the United States Bankruptcy Court for

27 the Central District of California, Santa Ana Division (the "Bankruptcy Court"), entered an order

28 (the "Confirmation Order") [Docket. No. 1494] confirming the *Second Amended Liquidating Plan*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

*of Reorganization [Dated April 27, 2015] (*the "Plan") [Docket No. 1465][1]. The Plan and the Confirmation Order may be obtained through the Court's PACER document access system at https://ecf.cacb.uscourts.gov/ or upon written request to counsel for the Reorganized Debtor at the address on the first page of this Notice.

**2.** **Effective Date of the Plan.** In accordance with the terms of the Confirmation Order, the Effective Date of the Plan occurred on May 28, 2015.

**3.** **Binding Effect of the Plan.** On the Effective Date, the Plan and its provisions became binding on the Debtor and all Holders of Claims against the Debtor and their respective successors and assigns, whether or not the Claim of such Holder is impaired under the Plan and whether or not such Holder voted to accept the Plan.

**4.** **The Reorganized Debtor.** Beginning on the Effective Date, the Reorganized Debtor shall serve as the representative of the Estate and will be vested with the authority and power to *inter alia*: (i) object to Claims against the Debtor; (ii) administer, investigate, prosecute, settle and abandon all claims of the Debtor and Causes of Action; (iii) make Distributions provided for in the Plan, including, but not limited to, on account of Allowed Claims; and (iv) take such action as required to administer, wind-down and close the Case. As the representative of the Estate, the Reorganized Debtor will succeed to all of the rights and powers of the Debtor and the Estate with respect to all Assets vested in the Reorganized Debtor and the Reorganized Debtor, as of the Effective Date, will be substituted and will replace the Debtor and the Estate, as the party in interest in any litigation pending as of the Effective Date.

**5.** **Reorganized Debtor's Officers and Directors.** As of the Effective Date, management, control, and operation of the Reorganized Debtor will remain unchanged: (1) Gerald Del Signore will be the President and sole member of the Board of Directors; (2) David Simon will serve as Vice President and General Counsel; (3) Joseph Del Signore will be the Vice President of Sales; (4) Mike Watson will be the Vice President of Government Affairs and Corporate Compliance; and (5) Nick Percival will be the Chief Information Officer.

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan.

**6.**     **Deadline for Assertion of Claims Arising From the Rejection of Executory**

**Contracts.**  Any Rejection Claim shall be forever barred, shall not be enforceable against the

Debtor, the Estate, or the Reorganized Debtor, or its property and shall not be entitled to any

Distribution under the Plan, unless a Proof of Claim for such Rejection Claim is filed with the

Court and served on counsel for the Reorganized Debtor, Samuel R. Maizel, Esq. at the address

listed above in the upper left hand corner of this Notice, within thirty (30) days after the date of

entry of the order of the Bankruptcy Court approving the rejection of the executory contract or

unexpired lease.

Holders of Rejection Damage Claims that do not timely file the appropriate claims will be

forever barred from asserting such Rejection Damage Claims against the Debtor, the Debtor's

Estate, the Reorganized Debtor, or its property.

**7.**     **Bar Date for Filing Non-Ordinary Course Administrative Claims.** Any entity

seeking payment of a Non-Ordinary Course Administrative Claim that arose between February 12,

2012 and the Effective Date (May 25, 2015), must file a Request for Payment no later than the

60th day following the Effective Date, which date is **July 24, 2015**.  **Ordinary Course**

**Administrative Claims, 503(b)(9) Claims, Professional Fee Claims or U.S. Trustee Fees are**

**not** **Non-Ordinary Course Administrative Claims and are not subject to this bar date.**

Pursuant to the terms of the Plan, Ordinary Course Administrative Claims and U.S. Trustee Fees

will be paid in the ordinary course.

All requests for payment of Non-Ordinary Administrative Claims should be filed with the

Bankruptcy Court and served on counsel for the Reorganized Debtor, Samuel R. Maizel, Esq., at

the addresses listed above in the upper left hand corner of this Notice by no later than **July 24,**

**2015.**

**8.**     **Professional Fee Claims Bar Date.**  A Professional seeking payment with respect

to a Professional Fee Claim must file its final application for allowances of compensation for

services rendered and reimbursement of expenses incurred through the Effective Date (the "Final

Fee Application") with the Bankruptcy Court and serve its Final Fee Application on counsel for

the Reorganized Debtor, Samuel R. Maizel, Esq. at the addresses listed above in the upper left

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

hand corner of this Notice by no later **July 1, 2015**.  Any objection to such Professional Fee

Claims shall be filed on or before the date specified in each Final Fee Application.  All such

Professional Fee Claims will be subject to the authorization and approval of the Bankruptcy Court.

**Holders of Professional Fee Claims that do not file and serve a Final Fee Application
as required by** <u>July 1, 2015</u> **will be forever barred from asserting such Claims against the
Debtor, the Reorganized Debtor and the Estate.**

**9.    <u>Notice of Injunction.</u>  The Plan is the sole means for resolving, paying or
otherwise dealing with Claims.  To that end, except as expressly provided in the Plan, at all
times on and after the Effective Date, all Persons who have been, are, or may be Holders of
Claims against the Debtor arising prior to the Effective Date, will be permanently enjoined
from taking any of the following actions, on account of any such Claim, against the Debtor,
the Estate or the Reorganized Debtor other than actions brought to enforce any rights or
obligations under the Plan):**

**(i)    commencing, conducting or continuing in any manner, directly or
indirectly any suit, action, or other proceeding of any kind against the Debtor, the
Estate or the Reorganized Debtor, their successors, or their respective property or
assets (including, without limitation, all suits, actions, and proceedings that are
pending as of the Effective Date which will be deemed to be withdrawn or dismissed
with prejudice);**

**(ii)    enforcing, levying, attaching, executing, collecting, or otherwise
recovering by any manner or means whether directly or indirectly any judgment,
award, decree, or order against the Debtor, the Estate or the Reorganized Debtor,
their successors, or their respective property or assets;**

**(iii)    creating, perfecting, or otherwise enforcing in any manner, directly or
indirectly, any lien, security interest or encumbrance against the Debtor, the Estate or
the Reorganized Debtor, their successors, or their respective property or assets; and**

**(iv)    proceeding in any manner in any place whatsoever against the Debtor,
the Estate or the Reorganized Debtor, their successors, or their respective property or**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    **assets; that does not conform to or comply with the provisions of the Plan.**

2    **Mailing Date of Notice**:

3    Dated: May 29, 2015

4                                        PACHULSKI STANG ZIEHL & JONES LLP

5                                        By: ___/s/ Samuel R. Maizel_____

6                                             Samuel R. Maizel
                                             Malhar S. Pagay

7                                        Attorneys for Gordian Medical, Inc., the
                                        Reorganized Debtor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF:  (A) ENTRY OF CONFIRMATION ORDER; (B) OCCURRENCE OF EFFECTIVE DATE OF SECOND AMENDED PLAN OF REORGANIZATION [DATED APRIL 27, 2015] PROPOSED BY THE DEBTOR; (C) THE BAR DATE FOR ASSERTION OF DAMAGE CLAIMS FOR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (D) THE BAR DATE FOR PROFESSIONAL FEE CLAIMS; (E) THE BAR DATE FOR ASSERTION OF CERTAIN NON-ORDINARY COURSE ADMINISTRATIVE CLAIMS; AND (F) INJUNCTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 29, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  **May 29, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 29, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Overnight Mail
Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 29, 2015 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

## 1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Todd M Bailey   todd.bailey@ftb.ca.gov
- Frank Cadigan   frank.cadigan@usdoj.gov
- Lisa W Chao   lisa.chao@doj.ca.gov
- Robert F Conte   robert.conte@usdoj.gov
- Rebecca L Daum   kenise_taylor@tax.state.oh.us
- M Douglas Flahaut   flahaut.douglas@arentfox.com
- Marshall F Goldberg   mgoldberg@glassgoldberg.com
- Michael I Gottfried   mgottfried@lgbfirm.com, ncereseto@lgbfirm.com;kalandy@lgbfirm.com;marizaga@lgbfirm.com;cboyias@lgbfirm.com;rspahnn@lgbfirm.com
- Michael J Hauser   michael.hauser@usdoj.gov
- Michael R Hickman   mhickman@cwlawyers.com, ymolinar@cwlawyers.com;dvillamar@cwlawyers.com;ecline@cwlawyers.com
- Lance N Jurich   ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Lance N Jurich   ljurich@loeb.com, karnote@loeb.com;ladocket@loeb.com
- Jeffrey L Kandel   jkandel@pszjlaw.com
- Teddy M Kapur   tkapur@pszjlaw.com
- Joseph W Kots   jkots@state.pa.us
- Rodger M Landau   rlandau@lgbfirm.com, marizaga@lgbfirm.com;kalandy@lgbfirm.com
- Rodger M Landau   rlandau@lgbfirm.com, marizaga@lgbfirm.com;kalandy@lgbfirm.com
- Mary D Lane   mal@msk.com, mec@msk.com
- Samuel R Maizel   smaizel@pszjlaw.com, smaizel@pszjlaw.com
- Scotta E McFarland   smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Michael K Murray   mkmurray@lanak-hanna.com, lrarriaga@lanak-hanna.com
- Malhar S Pagay   mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Penelope Parmes   penelope.parmes@troutmansanders.com
- Misty A Perry Isaacson   , ecf@ppilawyers.com
- Daniel H Reiss   dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- Seth B Shapiro   seth.shapiro@usdoj.gov
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Jeanne C Wanlass   jwanlass@loeb.com, karnote@loeb.com;ladocket@loeb.com
- David J Warner   David.J.Warner@irscounsel.treas.gov
- Elizabeth Weller   dallas.bankruptcy@publicans.com
- Brian D Wesley   brian.wesley@doj.ca.gov
- Rebecca J Winthrop   rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com

## 2. **SERVED BY UNITED STATES MAIL**:

**AMERICAN MEDICAL TECHNOLOGIES**
**Chapter 11 Case No.: 8:12-bk-12339-MW**
**2002 Service List**

**Debtor**
Gerald Del Signore
Chief Executive Officer
American Medical Technologies,
 dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

Michael D. Watson
Vice President-Governmental Affairs
American Medical Technologies,
 dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

**Financial Advisor**
Brad Smith
GlassRatner Advisory & Capital Group LLC
19800 MacArthur Boulevard, Suite 820
Irvine, CA 92612

David R. Simon, Esq.
Vice President and General Counsel
American Medical Technologies,
dba Gordian Medical, Inc.
17595 Cartwright Road
Irvine, CA 92614

Office of the United States Trustee
Michael Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-4593

Special Tax Counsel for Debtor
Lance N. Jurich / Christopher W. Campbell
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA  90067

Counsel to Gerald Del Signore
Penelope Parmes
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545

Counsel for the IRS
David J. Warner
Assistant U.S. Attorney
24000 Avila Road, Suite 4404
Mail Stop 8800
Laguna Niguel, CA  92677

Angela M. Belgrove
Assistant Regional Counsel
Office of the General Counsel
US Dept. of HHS
90 7th Street, Suite 4-500
San Francisco, CA 94103-6705

Counsel for CMS
Seth B. Shapiro, Trial Attorney
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
1100 L Street, NW – 10th Floor
P.O. Box 875 - Ben Franklin Station
Washington, D.C. 20044

Regulatory Counsel
Fulbright & Jaworski LLP
Attn:  Frederick (Rick) Robinson
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2633

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Special Tax Counsel
Thomas R. Lamons, P.C.
Cummins & White, LLP
2424 S.E. Bristol , Suite 300
Newport Beach, CA  92660

**Requests for Special Notice**

John Gilbert, President and CEO
Bryan Sherrel, Chief Financial Officer
Hartmann USA, Inc.
481 Lakeshore Parkway
Rock Hill, SC  29730

Dermarite Industries, LLC
Naftali Minzer
P.O. Box 631
Hawthorne, NJ  07507

Enterprise Fleet Management
Michael Gerges
17210 S. Main Street
Mundelein, IL  60060

John Gilbert President and CEO
Hartmann USA, Inc.
481 Lakeshore Parkway
Rock Hill, SC 29730

Mr. Bryan Sherrel
Chief Financial Officer
Hartmann USA, Inc.
481 Lakeshore Parkway
Rock Hill, SC  29730

Counsel for Creditor Medline Industries, Inc.
M. Douglas Flahaut
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Medline Industries, Inc.
Attn:  Shane M. Reed
One Medline Place
Mundelein, IL  60060

De Royal Industries, Inc.
Tracy G. Edmundson
200 DeBusk Lane
Powell, TN 37849

Counsel for Creditor Medline Industries, Inc.
Robert M. Hirsch
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Counsel for DeRoyal Industries, Inc.
Pagter and Perry Isaacson, APLC
Misty Perry Isaacson
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701

Joseph Kots
Department of Labor and Industry
Reading Bankruptcy and Compliance Unit
625 Cherry Street, Room 203
Reading, PA  19602-1152

Counsel for Creditor Medline Industries, Inc.
M. Douglas Flahaut
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065

Counsel for Creditor Medline Industries, Inc.
Robert M. Hirsch
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820

Michael E. Large
Large & Associates
529 Alabama Street
Bristol, TN  37620

Rebecca Adelman
Adelman Law Firm, PLLC
545 South Main Street, Room 111
Memphis, TN  38103

Jeffrey Schlapp
Horwitz, Horwitz & Associates, Ltd.
25 East Washington, Suite 900
Chicago, IL  60602

Jason M. Crowder
Corporate Counsel
Petersen Healthcare, Inc.
830 West Trailcreek Drive
Peoria, IL  61614

Riverside Claims LLC
Neil Herskowitz
PO Box 626
Planetarium Station
New York, NY 10024

Pioneer Credit Recovery, Inc.
26 Edward St.
Arcade, NV  14009

ADT
P.O. Box 371967
Pittsburgh, PA 15250-7967

Advanstar Communications Inc.
Accounts Receivable
P.O. Box 64584
St. Paul, MN 55164-0584

B Riley & Co
Andre Guardi
4675 Macarthur Ct., Suite 1500
Newport Beach, CA 92660

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:271252.7 03717/002

**F 9013-3.1.PROOF.SERVICE**

Continental Casualty Company
c/o Wigmore Insurance Agency, Inc.
2970 Jarbor Boulevard, #215
Costa Mesa, CA  92626

CR&R Incorporated
P.O. Box 7183
Pasadena, CA  91109-7183

Jimmy Espinosa
1409 Superior Avenue, Unit M
Newport Beach, CA  92663

Gencorp Cleaning Services
7131 Old 215 Frontage Road
Bldg. 11
Moreno Valley, CA  92553

Connie Gentry
469 Grandsteeple Drive
Collierville, TN 38017

~~Gevity/Trinet~~
~~5151 California Avenue~~
~~Irvine, CA 92617~~

GlassRatner Advisory & Capital
  Group, LLC
19800 MacArthur Blvd., # 820
Irvine, CA 92612

Golden Eagle Insurance Co
c/o Wigmore Ins. Agency, Inc.
2970 Jarbor Blvd., #215
Costa Mesa, CA 92626

Candace I. Harness
49 Boone Village, #107
Zionsville, IN  46077

Hein & Associates, LLP
8105 Irvine Center Drive, #650
Irvine, CA  92618-3038

Hyatt Regency Huntington Beach
Angela Tassone
21500 Pacific Coast Highway
Huntington Beach, CA 92648

~~Stephanie Im~~
~~PO BOX 4553~~
~~Long Beach, CA  90804~~

LTC Marketplace LLC
1849 Alma School Road, Suite 230
Mesa, AZ  85210

Main Street Office Partners LLC
Menlo Equities LLC
490 California Ave., 4th Floor
Palo Alto, CA 94306

NGC Networks Inc
28241 Crown Valley Parkway
Suite F 413
Laguna Niguel, CA  92677

Optionease, Inc.
Attn:  Steve Dewinat, Exec. VP
27201 Puerta Real, Suite 200
Mission Viejo, CA  92691

Peter Oum
570 N Noble Street
Orange, CA 92869

Paradigm Suites IV
2340 E Trinity Mills, Suite 300
Carrollton, TX  75006

Nicholas Percival
24922 Backboard Ln
Laguna Hills, CA  92653

Kamira Reed
4720 E. Atherton St. Apt 24
Long Beach, CA 90815-3704

SOS Procurement LLC
1849 Alma School Road
Suite 230
Mesa, AZ 85210

Dany Thang
910 W Sierra Drive
Santa Ana, CA 92707

The Abernathy MacGregor Group
707 Wilshire Blvd., Suite 3950
Los Angeles, CA 90017

Trinet
5151 California Avenue
Irvine, CA 92617

Vaughn, Misty M
308 Sun Oaks Court
Lake Mary, FL  32746-3007Stuart, FL
34994

Verizon Southwest
PO Box 90041
Dallas, TX 75392-0041

Walton CWCA Irvine Cartwright 58 LLC
Walton Street Capital - Brian Kelly
900 North Michigan Ave., #1900
Chicago, IL 60611

Michael D. Watson
811 Wild Oak Drive
Santa Rosa, CA 95409

Adelphia Medical, Inc.
P.O. Box 4246
Salisbury, MD  21801

Affe, Patricia A.
11251 SW Springtree Terrace
Port St. Lucie, FL 34987

Allegri, Lisa M
177 Beech Terrace
Wayne, NJ 07470

Allred, Keisa L
255 Felix Sartin Rd
Jayess, MS 39641

Amazing Surgical, Inc.
Attn: Moshe Steinberg, President
1307 E. 34th Street
Brooklyn, NY  11210

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Amcor Packaging Distribution
  dba Landsberg
c/o Amcor
6600 Valley View Street
Buena Park, CA  90620

Anderson, Jennifer L
1299 Country Road 69
Prattville, AL 36067

Arellano, Sophy Tath
16219 Stone Grove Lane
Cerritos, CA 90703

Arredondo Ramirez, Jose
3606 S. Ramona Drive
Santa Ana, CA 92707

AT&T
PO Box 5025
Carol Stream, IL 60197-5025

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Avila, Juan
1115 W. Myrtle St
Santa Ana, CA 92703

Badawi, Deborah
2446 Naai St., Apt. A
Honolulu, HI  96819-2851

Barton, Stacy
5701 North Hills Dr
Fort Worth, TX 76117

Bartram, Tina M
7855 Sutcliff Ct
Dublin, OH 43016

Bezdek, Deborah L
359 Salt Creek Drive
North Port, FL 34287-3337

Blair, Lora L.
8986 Covenant Court
Newsburgh, IN   47630-7801

Bonnie L. Williams
549 Park Ridge Drive
Munroe Falls, OH  44262-1425

Bosbonis, Karen R
2315 Cascade
Tustin, CA 92782

Bowman, Sharmaine
107 Delta
PO Box 25
Oakwood, IL 61858

Broad and Cassel
100 S.E. 3rd Avenue, Suite 2700
Attn: Gabriel Imperato
Fort Lauderdale, FL 33394

Bruno, Amanda
114 Brookside Ct
Dallas, GA 30132

Burton, Laura
2887 Old Toll Road
Jackson,  MO 63755-3023

Calderon, Martha C
222 S. Gunther Street
Santa Ana, CA 92704

Cantu, Adrianna
7901 Bee Cave Rd #11
Austin, TX 78746

Carbone, Deidre D
104 Leslie Court
Severna Park, MD 21146

Carlile, Gloria
45 Krause Dr
817 Bluestem RD
Marshfield, MO 65706

Carrel, Bart J
12502 Coon Hollow Road
Three Rivers, MI 49093

Cathleen Sallitto
6850 Possum Trail
Sarasota, FL  34241

Carrier, Sherry L
RT 1 Box 132-0
Ringwood, OK 73768

Casas, Maria
1805 W 2nd Street
Santa Ana, CA 92703

Chavez, Ana L
1700 Sapphire Road
Fullerton, CA 92831

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Chavez-Giles, Francesca T
6605 High Ridge Pl NE
Albuquerque, NM 87111

Cho, Rosemary W
400 Mackena Place
Placentia, CA 92870

Clabough, Wayne
1205 Suncrest Drive
Corona, CA 92882

Charles Frederick Gokoo
402 Point Road
Lewisville, TX 75057

Clapham, Michele
4250 Route 43
Wynantskill, NY 12198

Clark, Heather D
4014 Moravia Road
Baltimore, MD 21206

Clark, Kathy
9208 Bloomfield Ave
Apt 100
Cypress, CA 90630

Clark, Mariam R
6933 Montego Street
Chino, CA 91710

Coffman, Kelliana M
3109 Buttercup Street
Seffner, FL 33584

Colunga, Joy Lynn
928 S Ross
Santa Ana, CA 92701

Connor, Kyle
5990 E El Paseo St
Long Beach, CA 90815

Copper Conferencing
PO Box 172867
Denver, CO 80217

Corporate Place, Inc.
601 E Charleston Blvd
Suite 100
Las Vegas, NV 89104

Covarrubio, Lisa D.
PO BOX 31
20451 Clyde Dr
New Caney, TX 77357

Colorado Department of Revenue
1375 Sherman Street, Room 504
Denver, CO 80261-0004

Connecticut Dept. of Revenue Svs.
C&E Division, Bankruptcy Section
25 Sigourney Street
Hartford, CT 06106-5032

Cubi, Larry
9772 SW 46th Ct
Ocala, FL 34476

Curry, Carol
720 Brian Ave
Schaumburg, IL 60194

Dabak, Caridad B
227 Grand Street, Unit A
Garfield, NJ 07026

Dabak,Raymond A.
227 Grand Street
Unit A
Garfield, NJ 07026

Daman, Dawn L
729 State Route 157
Oil City, PA 16301

Dang, Jane
17312 Lee Circle
Huntington Beach, CA 92647

Darby, Sondra
325 C McGehee Rd
Abilene, TX 79606

Dallas County
c/o Elizabeth Weller
Linebarger Goggan Blair, et al.
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Davis, Jacqueline
2606 W. Alton #A
Santa Ana, CA 92704

Deganhart, Virginia
317 1st Place
Manhattan Beach, CA 90266

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Dekle, Melanie L
4955 Pearce Avenue
Lakewood, CA 90712

Delaney, Rhonda M
5985 Hwy 100 W
Pleasantville, TN 37033

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Derma Services
214 Carnegie Center
Suite 300
Princeton, NJ 08540

Dermarite Industries LLC
3 East 26th St
Paterson, NJ 07514

Dugger Cox, Teresa L.
1400 Leawood Drive
Benton, AZ 72019

DeRoyal Industries, Inc.
Attn: Tracy G. Edmundson
200 DeBusk Lane
Powell, TN 37849

Eig, Ann M
6122 Del Rio Drive
Port Orange, FL 32127

Enterprise Fleet Management
c/o Michael Gerges
17210 S Main St
Gardena, CA 90248

Erwin Health Care Associates, LP
dba Erwin Health Care Center
545 South Main St Ste 111
Memphis TN 38103

Escamilla, Colleen
804 Harcourt Road
Grosse Pointe, MI 48230-1834

Espinoza, Yvette C.
4342 Layman
Pico Rivera, CA 9066

Feldsher, Alexander
1467 Royce St #3K
Brooklyn, NY 11234

Fensternmaker, David J
6466 Amberwood Lane
Yorba Linda, CA 92886

Fisher & Phillips LLP
Chris Boman
2050 Main Street Ste 1000
Irvine, CA 92614

Franchise Tax Board
P.O. box 2952
Sacramento, CA 95812-2952

Flannell, Patty
320 East Blackwood
Sullivan, IL 61951

Flexer, Heather C
223 Spring Ave
Troy, NY 12180

Flores, Sandra
2112 W University Drive PMB #1105
Edinburg, TX 78539

Flynn, Joan M
11500 Chancellroy Drive
Austin, TX 78759

I V A N S
PO Box 850001
Orlando, FL 32885-0033

Gardunio, Sandra Upchurch
1190 Hwy 820
Choudrant, LA 71227

Genthe, Brenda L.
7948 South Depew St., Apt D
Littleton, CO 80128-8407

Gettmann, Judith
3631 Tulalip Ave
Everett, WA 98201

Gibson, Donna
834 Stablewatch Dr
Independence, KY 41051

Gokoo, Charles Frederick
402 Point Road
Lewisville, TX 75057

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Gonzalez, Christian
12432 Groveview St Apt A
Garden Grove, CA 92840

Good, Vivian E
25 N Wyoming Avenue
Ardmore, PA 19003

Goode, Angela
PO Box 187
Sicily Island, LA 71368

Graf, Suzanne E
303 Nature Walk Lane
Pasadena, MD 21122

Gray, Sharon L
HC61 Box 274A
Sallisaw, OK 74955

Greer, Ginger
4742 Hollow Tree Drive
Arlington, TX 76018

Grigsby, Rebekah
501 Cumberland Road, E
Mobile, AL  36608-3305

Gross, Amanda K.
1333 N Childrens Home Rd
Casstown, OH 45312

Gutierrez, Cindy
1906 W Glenwood Pl
Santa Ana, CA 92704

Hamilton, Jodi K
2 Heathbrook Road
Merrimac, MA 01860

Hammett, Lanette L
10317 NE 82nd Avenue
Vancouver, WA 98662

Hammond, Tessa L
10150 Cottoncreek Drive
Littleton, CO 80130

Hampton, Sarah
Rt 5 Box 1940
Coalgate, OK 74538

Hankins, Melody E.
232 Woodmere Dr
Hohenwald, TN 38462

Hartmann USA, Inc.
481 Lakeshore Parkway
Rock Hill, SC 29730

Harville, Linda Dianne
225 Diane Lane
Savannah, TN 38372

Hawkins, Jaclyn L
12709 FM 537
Stockdale, TX 78160

Heitmann, Christa
47 Minnetonka Trail
Medford Lakes, NJ 08055

Hemphill, Doris
34526 Road 24
Mc Clave, CO 81057

Hettrick, Heather
1300 Camellia Circle
Weston, FL  33326-3611

Hilton, Gina M
1601 NE Woods Chapel Rd
Lees Summit, MO 64064

~~Hireright, Inc.~~
~~24521 Network Place~~
~~Chicago, IL 60673-1245~~

Hodges, Veronica J
Rt 1 Box 87
Grafton, WV 26354

Holden-Mount, Sarah K.
14 Champernowne
Madbury, NH 03823

Holliday, Jay J.
7437 Fillmore Drive
Buena Park, 90620-3843

Hopper, Julie
300 Edinburgh
San Angelo, TX 76903

Hoyt, Ann M.
2210 Shumard Circle
Indian Trail, NC 28079

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:271252.7 03717/002

**F 9013-3.1.PROOF.SERVICE**

Hugh, Eric
4980 Diamond Oaks Court
Waldorf, MD 20602

Hulzar, Yvette
15951 Soft Tail Road
Apple Valley, CA 92307-1910

Harry McGrath, Jr.
24 Oak St. #5
Amesbury, MA 01913

Hogan Marren, Ltd.
Attn: Sheila Sokolowski
321 N. Clark Street, Suite 1301
Chicago, IL 60654

Internal Revenue Service
c/o Lynne Weinberg Davis, Insolvency Advisor
P.O. Box 21126
Philadelphia, PA 19114

Iron Mountain
P O BOX 601002
Pasadena, CA 91189-1002

Isaacs, Barbara A
12281 CR 1510
Ada, OK 74820

Invacare Supply Group, Inc.
c/o Frederick C. Bougher, Esq.
Invacare Corporation
1320 Taylor Street
Elyria, OH  44035

Jennifer Krause
120 Pullman Rd
La Vernia TX 78121

Julie Rhodovi
9614 Meadow Flowers Ct.
Laurel, MD  20723

Jewett, Marci Adrianne
1251 Franklin Perch Pl
El Paso, TX 79912

Keeling, Angel S
86170 John Goodbread Lane
Yulee, FL 32097

Kennedy, Kathleen E
630 68th Street
Willowbrook, IL 60527

Kim, Nayoung S.
12773 Jack Lane
Corona, CA 92880-3233

Kistler, Rhonda K
451 Columbus Ave
Galesburg, IL 61401

Kitten, Carla R
305 Peble Knoll
Highland Village, TX  75077

Knaff, Robin A
12902 E Semro Ave
Spokane Valley, WA 99216

Knorr, Christy A
5523 N. 69th Ave.
Omaha, NE 68104

Korzendorfer, Holly M.
19 Tory Rd
Riverside, CT 06878

Krause, Jennifer P
120 Pullman Road
La Vernia, TX  78121

La,Lan Tuong
1045 N. Stephenson St
Anaheim, CA 92801

Lattimer, Janice L
1987 Collier Rd
Akron, OH 44320

Lazorik, Karen
4492 Lynn Brook Lane
Brunswick Hills Town, OH 44212

Leak, Beth R.
540 Kitchens Dr SE
Arab, AL 35016

Leslie Lawrence
8601 South Pittsburg Avenue
Tulsa, OK  74137

Leslie Lawrence
8601 South Pittsburg Avenue
Tulsa, OK  74137

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Lewis, Sarah J
17 Roberts St
Haddonfield, NJ 08033

Lollar, Julie C
319 Longmeadow Dr
Ridgeland, MS 39157

Lorin, Aieamaxil D. S.
91-1109 Aukahi St
Kapolei, HI 96707

Lotterman, Lisa
19 Cellini
Aliso Viejo, CA 92656

Lucero, Kristine M
422 E Mesa Dr
Rialto, CA 92376

Luu, Paul
2506 S. Manitoba Drive
Santa Ana, CA 92704-5522

Lytle, Cheryl L
1601 Highland Glen Lane
Pearland, TX 77581

MacCollister, Sheila
4517 Robinwood
Waco, TX 76708

MacDonald, Randy
104 Hillcrest St
Hot Springs, AR 7190

Madlangbayan, Jerome P
839 Quail Meadows
Irvine, CA 92603-4236

Maki, Nikki A
2626 160th Avenue NE
Ham Lake, MN 55304

Mail Boxes Etc. Inc.
Attn: Legal Dept.
6060 Cornerstone Court West
San Diego, CA  92121

Maldonado, Alexis
1119 W Occidental
Santa Ana, CA 92707

Maldonado, Federico
842 E Beverly Place
Santa Ana, CA 92701

Manzella, Kenneth D
995 Windmill Drive
Dixon, CA 95620

Manivong, Somnakhone
22751 El Prado, Apt. 11310
Rancho Santa Margarita, CA 92688

Marquez, Virginia
463 Milan Drive
Lemoore, CA 93245

Marquina, Selene V
30001 Golden Lantern, Apt. 75
Laguna Niguel, CA 92677

Martinez, Iliana L
1143 S. Parton Street
Santa Ana, CA 92707

Martinez, Marcello G
11818 Thoroughbred Trail
San Antonio, TX 78253

Maurer, Roslyn
11 Onyx Terrace
North Haledon, NJ 07508

Maxwell, Carol Ann
656 Ridgewood Drive
Port Neches, TX 77651

Mays, Karen M
636 Timberidge Dr
Saint Charles, MO 63303

McAuliffe, Patsy J
8791 Shannons Mill Road
Foley, AL 36535

McClelland,  Keenna
c/o Jeffrey Schlapp
Horwitz, Horwitz & Assoc., Ltd.
Chicago, IL 60602

McDaniel, Kelly A
1024 Schneider Rd
Howe, TX 75459

Massachusetts Dept. of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

McKesson Medical Surgical, Inc
c/o Neil J Orleans
Goins Underkofler Crawford & Langdon LLP
1201 Elm Street, Suite 4800
Dallas, TX  75270

Medline Industries
One Medline Place
Mundelein, IL 60060

Mellin, Marlene A.
8830 E 2250 North Rd
Pontiac, IL 61764

Mendoza, Mario V.
1767 W Sumac Lane Apt R
Anaheim, CA 92804

Michael Watson
811 Wild Oak Drive
Santa Rosa, CA 95409

MPM Medical, Inc.
c/o Steven E. Brown
2301 Crown Court
Irving, TX  75038

Nancy McNally
7618 Cherokee Springs Way
Knoxville, TN  37919-9033

Evan R. Baker, Esq.
Gardere Wynne Sewell
1601 Elm Street, Suite 3000
Dallas, TX  75201

Meyers, Elizabeth J
980 Cobblers Crossing
Elgin, IL 60120

Michael, Freida L
807 E 7th St
Auburn, IN 46706

Miller, Elroy J
407 Boulder Creek Pkwy
Lafayette, LA 70508

Miller, Krista Dene
407 Boulder Creek Parkway
Lafayette, LA 70508

Miranda, Rita
15265 SW 156th Ter
Miami, FL 33187

Monteleon, Yvette A
303 Camberly Circle
Lafayette, LA 70508

Mutual, Paige E
11307 Louisa May Way
Riverview, FL 33569

Nale, Mary E
20911 Flying Cloud
Crosby, TX 77532

Nelson Mullins Riley & Scarborough
Steve Martin
4140 Parklake Ave Ste 200
Raleigh, NC 27612

Newton, Sharon M
421 New Grove St
Wilkes Barre, PA 18702

Nguyen, Sandy
1610 Misty Ridge Ln
Corona, CA 92882

Nichols, Tiffany
114 Angel Oaks Dr
Statesville, NC 28677

Nebraska Department Of Revenue
Bankruptcy Unit
P.O. Box 94818
Lincoln, NE  68509-4818

Ojeda, Nayahely
2024 S Olive St
Santa Ana, CA 92707

Omojola, Ilaria A
3943 Southern Bend
Missouri City, TX 77459

Palmer, Kyle Robert
4318 Kate Brook Ln
Knoxville, TN 37921

Ohio Dept. of Taxation
Attn:  Bankruptcy Division
P.O. Box 530
Columbus, OH  43216

Orange County Treasurer
 Tax-Collector
Attn: Bankruptcy Unit
P.O. Box 1438
Santa Ana, CA  92702

Palmer, Kyle Robert
4318 Kate Brook Ln
Knoxville, TN 37921

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:271252.7 03717/002

**F 9013-3.1.PROOF.SERVICE**

Paris, Julie A
2801 Bittersweet Lane
LaGrange, KY  40031-9324

Patterson, Sherolyn
1945 W. FM 2795
Emory, TX 75440

Pattison, .Jane S
944 Westview Dr
Springfield, IL 62704

Perry, Sarah K.
127 Slippery Rock Court
Villa Rica, GA  30180

Petersen Health Operations, LLC
c/o Jason M. Crowder, Corp Counsel
The Petersen Companies
830 W Trailcreek Drive
Peoria, IL 61614

Pfaff, Laurie L.
5333 Wesley Road
Rocklin, CA 95765

Polzin, Mary T
811 1st N
New U lm, MN 56073

Poret,Kayla
315 Cardinal Loop Road
Marksville, LA  71351

Pacific Bell Telephone Company
c/o AT&T Services, In.c
Attn:  James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ  07921

Pennsylvania Dept. of Revenue
Attn:  Bankruptcy Division
P.O. Box 280946
Harrisburg, PA  17128-0946

Potter, Karen L
RR2 Box 181
Cheyenne, OK 73628

Protective Insurance Company
c/o Marsh Global Consumer
12421 Meredith Dr.
Urbandale, IA 50398

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Rafferty, Tyson Allen
288 Calero Ave
San Jose, CA 95123

Raleigh, Angela L
15101 S 4187 Road
Claremore, OK 74017

Ramirez, Beatrizth
PO Box 935
Tustin, CA 92781

Reamer, Sandra B
437 Baker Mill Lake Ln
Gaston, SC 29053

Reckart, Gary
3868 Bethel Lane
Oakland, KY 42159

Reynolds, Deborah Jo
14332 Highway 74
Maysville, OK 73057

Reynolds, Eula
4221 Guinn Rd
Knoxville, TN 37931

Rhodovi, Julie
9614 Meadow Flowers Ct
Laurel, MD 20723

Risman, Sherry M
PO Box 378
415 Armstrong
Disney, OK 74340

Roberts, Staci R
18426 Rogers Pike
San Antonio, TX 78258

Rohrich, Amanda N
14803 Gridley Road
Norwalk, CA 90650

Rojas, Mayra A
11972 Arthur Drive
Anaheim, CA 92804

Riverside Claims LLC,
  as assignee for Adelphia Medical
P.O. Box 626
Planetarium Station
New York, NY  10024

Roman, Esmeralda S
1001 W. MacArthur Blvd.
#73
Santa Ana, CA 92707

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Romeo, Maureen
12 Wolfe Dr
Wanaque, NJ 07465

Rotast, Sarah L
45 Lance Ave
Litchfield, NH 03052

Rushing, Celinda E
1523 Aycoth Road
Monroe, NC 28112

Sage Software, Inc.
6561 Irvine Center Drive
Irvine, CA  92618

Salamone, Jeanine M
20561 Carousel Cir W
Boca Raton, FL 33434

Sallitto, Cathleen
6850 Possum Trl
Sarasota, FL 34241

Santos,Jan
2355 Tryall St
Tustin, CA 92782

Satterwhite,Shaunna M
1972 Downington Avenue
Salt Lake City, UT 84108

Sarah Holden-Mount
14 Champernowne
Madbury, NH 032823

Sarah J Lewis
17 Roberts Ave
Haddonfield NJ 08033

Smith & Nephew, Inc.
Attn: Jean W. Mercer, Esq.
7135 Goodlett Farms Pkwy
Cordova, TN  38016

Saucedo, Rosa
413 S Gunther
Santa Ana, CA 92704

Say, Yany S
1029 E. 12th Street Apt C
Long Beach, CA 90813

Scarborough, Pamela Ann
11 Woodcreek Drive
Wimberley, TX 78676

Schmelzle, Debra
120 DeGraw St
Onaga, KS 66521

Southern California Gas Company
Mass Markets Credit & Collections
The Gas Company
P.O. Box 30337
Los Angeles, CA 90033-0337

Shea, Michael K
2205 Magnolia Dr
New Smyrna Beach, FL 32168

Shelton, Sherry
276 JV Coco Road
Marksville, LA 71351

Sherwood,Melissa C.
196 Mandarin Dr
Brandon, MS 39047

Skillett, Donna
2633 East Burlington Street
Park City, KS 67219-1768

Slawinski, Joan W
RR 1 Box 226 A
Lindside, WV 24951

Smith, Bryan W
19006 Vantage View Lane
Humble, TX 77346

Smith, Donna M.
29595 Lower Rome Rd
Springfield, LA 70462

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

Staley, Kathleen
14205 Walthall Dr
Colonial Heights, VA 23834

Stewart,  Peggy
1013-2400 Street
La Harpe, KS 66751

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:271252.7 03717/002

**F 9013-3.1.PROOF.SERVICE**

Stricklin, Paige
189 Rodeo Way
Savannah, TN 38372

Swain, Jenny L
6700 Meadows W Drive S
Fort Worth, TX 76132

State Board of Equalization
Attn Special Procedures Section
P.O. Box 942879
Sacramento, CA 95814

Teresa Zaret
364 Calle Borrego
San Clemente, CA 92672

Tabor, Lynn
19 Ciliotta Lane
Port Jefferson Stati, NY 11776

Tatum, Tammy R
1104 Layman Dr
Jonesboro, AR 72404

Taylor, Christine
509 Holman Lane
Canyon, TX 79015

Taylor, Felicia R
8094 Causeway Blvd. South
St. Petersburgh, FL 33707-1015

Taylor, Henri W
506 S. Western
Santa Ana, CA 92703

Thomas, Christina Skinner
103 Lakeview Terrace
Perry, GA 31069

Tinnin, Julie L
1447 Donna Lynn Drive
Jackson, MO 63755

Turpin, Nancy Carol
4630 SW 54th Avenue
Portland, OR 97221-1907

Verizon Southwest
PO Box 920041
Dallas, TX 75392-0041

Villasenor-Bautista, Donato
1410 Lanfair Street
Redlands, CA 92374

Terry B Vinson
603 Pearre Springs Way
Franklin, TN 37064

Terry B Vinson
603 Pearre Springs Way
Franklin, TN 37064

Tyson Rafferty
288 Calero Ave.
San Jose, CA  95123

Van Scoyoc Associates, Inc.
Attn:  Gary Marx
101 Constitution Avenue NW
Suite 600 West
Washington,  DC  20001

~~Verizon Wireless~~
~~Heather Lovings, Bankr. Administrator~~
~~P.O. Box 3397~~
~~Bloomington, IL  61702~~

Watson, Amelia
72 Green Castle
Pinehurst, NC 28374

Weaver, Karen L
21862 Kaneohe Lane
Huntington Beach, CA 92646

West, Harold
783 Babcock Hill Rd
Coventry, CT 06238

Westlaw
West Payment Center
PO Box 6292
Carol Stream, IL 60197-6292

Wharton, Anne K
1256 Lindsay Avenue
North Port, FL 34286

Whitehead, Ginger
125 CR 4219
Jacksonville, TX 75766

Wiebers, Cathy J.
131 S. Church Avenue
P.O. Box 627
Tea, SD 57064

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Williams, Bonnie L
549 Park Ridge Dr
Munroe Falls, OH 44262

Windham, Jacqueline L
393 Old Peterman Hwy
Peterman, AL 36471

Yandell, Pamela S
4201 NCR 3200 BOX 1067
Idalou, TX 7932

Yogurtian, Gregory D
95 South Drive
Amherst, NY 14226

Young, Julie A
6066 Orchard Court
Ferndale, WA 98248

Zita, Ron F
8722 Sumner Place
Cypress, CA 90630

Abellaneda,Kim
603 S. Breezy Way
Orange, CA  92869-5001

Acosta,Arnold T
15402 Andaman Lane
Huntington Beach, CA 92649

Affe,Patricia A.
11251 SW Springtree Terrace
Port St. Lucie, FL 34987

Aguilar,Jorge A
615 Victoria St. Apt. A
Costa Mesa, CA 92627

Aguilar,Lillian R
14 Sparta
Irvine, CA 92614

Aguilar,Yessenia
1040 W MAC ARTHUR Blvd.
# 109
Santa Ana, CA 92707

Aguilera,Lorena
3010 Via Bruno
Anaheim, CA 92806

Alexander,Erin G
3408 Porter Creek Drive
Plano, TX 75025

Allegri,Lisa M
177 Beech Terrace
Wayne, NJ 07470

Allred,Keisa L
255 Felix Sartin Rd
Jayess MS 39641

Anable,Karen E
424 Lower Hampden Road
Monson, MA 01057

Andersen,Arnold T
8307 Sunset Rose Drive
Corona, CA 92883

Anderson,Jennifer L
1299 Country Road, 69
Prattville, AL 36067

Anderson,Pamela Suzette
10716 High Crest Ct.
Howey in the Hills, FL 34737

Aquino-Miller,Carmen I
1495 W. Cerritos Ave., Unit 4
Anaheim, CA 92802

Arellano,Sophy Tath
16219 Stone Grove Lane
Cerritos, CA 90703

Arrasmith,Christopher
91-1000 Makaike St.
Ewa Beach, HI 96706

Arredondo Ramirez,Jose
3606 S. Ramona Drive
Santa Ana, CA 92707

Arreola,Maribel
1218 S Halladay Street
Santa Ana, CA 92707

Askew,Andrew Daniel
700 W La Veta Ave., Unit P19
Orange, CA 92868

Bagnall,Jonathan R
2064 Maple Avenue Apt. A
Costa Mesa, CA 92627

Baiza,Julio C
928 S. Ross Street
Santa Ana, CA 92701

Barona,Luz Maria
1319 S Doreen Way
Santa Ana, CA 92704

Barry, Sonya M
539 Coronado Avenue, Apt. 3
Long Beach, CA 90814-5153

Bates,Peggy T
6450 Stonington Way
Roscoe, IL  61073

Beltran-Arizmendi,Nancy
13092 Allard Avenue, Unit C
Garden Grove, CA 92840

Blackman,Demetris A
704 N. Parkcenter Drive #25
Santa Ana, CA 92705

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Blanco Plancarte,Karla V
2000 W. Glenoaks Avenue, Apt. #14
Anaheim, CA 92801

Bosbonis,Karen R
2315 Cascade
Tustin, CA 92782

Burgara,Ismael
960 KENDALL ST.
CORONA, CA 92882

Boyer,Lou Ann
489 Moorewood Avenue
Avon Lake, OH 44012

Brantley,Raquel
10350 Duke Way
Stanton, CA 90680

Browning,Mure M
723 South Wasco Road
Anaheim, CA 92804

Calderon,Dulce A
2602 N Jacaranda St.
Santa Ana, CA 92705

Campos,Jorge
3424 W Washington 203
Santa Ana, CA 92703

Canfield,Caroline M
14781 Deerpark Street
Irvine, CA 92604

Cantella,Alison P.
P.O. Box 300144
Austin, TX 78703

Carlson,Wanda
4 Hemlock Drivre
Ipswich, MA 01938

Castillo,Mayra
1116 S Ross Street
Santa Ana, CA 92707

Chambers,Carol R
P.O. Box 2628
Mission Viejo, CA 92690

Chao, Souksan
2371 Taylor Avenue
Corona, CA 92882

Covarrubias,Yajaira
6720 Wilcox Avenue
Bell, CA 90201

Covarrubias,Yessica M
1522 W. St. Anne Place
Santa Ana, CA 92704

DelSignore,Joseph A
1500 Kings Road
Newport Beach, CA 92663

Diaz,Ira
637 W Corazon Way
Mountain House, CA 95391

~~Dimalanta,Victor F~~
~~208 Park Avenue #4~~
~~Long Beach, CA 90803~~

~~Dobyns,Janice L~~
~~2202 Hess Lane Apt. 15~~
~~Huntington Beach, CA 92648~~

Domingo,Anna W
1717 Middlefield Road
Palo Alto, CA 94301-3822

Dorsey,Jeannette M
1366 D. Yorkland Road
Columbus, OH 43232

Esparza,Analilia
1110 West Richland
Santa Ana, CA 92703

Espinosa,James R
1409 Superior Avenue, Unit M
Newport beach, CA 92663

Fischer, Joellen N
6054 Hillcrest Drive
Plymouth WI 53073

Fowler,Angela
1973 Colonial Drive
Croydon PA 19021

Freemire,Sharon E
6851 Reefton Avenue
Cypress, CA 90630

Gonzalez,Yadira
2940 Bradford Pl., Unit D
Santa Ana, CA 92707

Gorman, Barbara
12 Linfield St.
Holbrook, MA 02343

Deborah J. Grier Day
849 Hamrock Road
Italy, TX 76651

Gutierrez,Guillermo
3313 W Faircrest Drive
Anaheim, CA 92804

Gutierrez,John J
410 W. Boysen Avenue
Anaheim, CA 92805

Ha,Dennis H
414 W. Bell Avenue
Santa Ana, CA 92707

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Ha,Huy N
12371 Mulhall Street
El Monte, CA 91732

Hall,Amy L
102 N. Rockburn Street
York PA 17402

Hamann,Wolfgang
1345 Cabrillo Pk Dr N3
Santa Ana, CA 92701

Harmon,Brian M
78670 Palm Tree Avenue
Palm Desert, CA 92211-1850

Hernandez,Jose
1007 S Orange Avenue
Santa Ana, CA 92701

Hernandez,William
15003 Folger Street
Hacienda Heights, CA  91745

Harness,Candace I
49 Boone Village # 107
Zionsville, IN 46077

Harville,Linda Dianne
225 Diane Lane
Savannah TN 38372

~~Hawkins,Jaclyn L~~
~~12709 FM 537~~
~~Stockdale, TX 78160~~

~~Hinman,Donna L~~
~~9200 Bloomfield Avenue #42~~
~~Cypress, CA 90630~~

Hout,Sokha K
1314 N. Harbor Blvd., #301
Santa Ana, CA 92703

Hoyt,Susette D
2150 Lucas Creek Drive
Lucas, TX 75002

Huddleston,Christopher J
1397 East Sandpiper Drive, Apt. 380
Salt Lake City, UT 84117-6832

Huynh,Lisa
10571 Nashville Avenue
Whittier, CA 90604

Ilagan,Conrad
6183 Fred Drive
Cypress, CA 90630

Im, Stephanie C
5844 Los Molinos Drive
Buena Park, CA 90620

Irons, Kathleen A
19480 Pine Ridge Road
Hastings, MN 55033

Jackson,Mary L
72785 London Road
Cottage Grove, OR  97424

Johnson,Christine
11298 Snow View Court
Yucaipa, CA 92399

Jones, Jennifer D
644 S. Knott Avenue, #227
Anaheim, CA 92804

King,Julissa
28092 Lucaya
Mission Viejo, CA 92692

Kirkham,Theresa K
27227 N. Miller Road
Scottsdale, AZ 85266

Lam,Yvonne Lan-Uyen
14090 Flower St., #12
Garden Grove, CA 92843

Lay, Jeffrey C
1506 Algoma Road
Callaway, VA 24067

Le,Dana
8 Anzio
Irvine, CA 92614

Le, Michael V
15208 Cambridge Street
Tustin, CA 92782

Lebron,Tiffany N
738 Walnut Ave
Long Beach, CA 90813

Leon,Olivia
909 Dolphin Drive
Perris, CA 92571

Link,Martha C
585 Ridge Road
Mocksville, NC 27028

Long,Roberto
1054 W Santa Ana Blvd. Apt. 20
Santa Ana, CA 92703

Loya, Orlando
946 N. Siesta Street
Anaheim, CA 92801

Luce, Lois R
2002 Thornwood Circle
Saint Charles, IL  60174

Lueck, Connie M
503 North Street. #1
Sparta, WI 54656-1678

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:271252.7 03717/002

**F 9013-3.1.PROOF.SERVICE**

Lujano-Gomez, Ana Griselda
12431 Groveview St., Apt. A
Garden Grove, CA 92840

Mancinas, Jaime David
1404 Tustin Avenue Unit# K4
Santa Ana, CA 92705

Manez, Leticia
333 s. Flower St., Apt. #9
Santa Ana, CA 92703

Markelova, Alla V
10 Old Shetucket Tpk
Preston, CT 06365

Martinez, Jesus
2401 W. Elder Avenue
Santa Ana, CA 92704

~~Martinez, Luis~~
~~11261 Pipeline Avenue~~
~~Pomona, CA 91766~~

Martinez, Sandra G
11414 Bronze Sand
San Antonio, TX 78253

Martinez, Yanci D
1931 W Houston Ave 19
Fullerton, CA 92833

McAllister, Nicole R
488 Central Blvd. Apt. #1
Fort Lee, NJ 07024

McEnteggart, Marguerite T
32 Jeremy Hill Road
Stonington, CT 06378

Mendoza, Natassia
10572 Morningside Drive
Garden Grove, CA 92843

Menn, Julianne R
1446 Joan Street
Mandeville LA 70448

Mercado, Abel
1040 W. MacArthur
Santa Ana, CA 92704

~~Mercado, Carlos Adrian~~
~~16661 E McFadden Ave Unit 49~~
~~Tustin, CA 92780~~

Montano, Juan
8102 Mirasol
Irvine, CA 92620

Morales, Nelson A
12441 Groveview Street
Garden Grove, CA 92840

Moreno, Edjuanna
1751 E 68th St. Unit 20
Long Beach, CA 90805

Myers, Keri M
421 Holly Forest Drive
Conroe, TX 77384

Nance, Tashanda
2942 E. Vine, #A
Orange, CA 92869

Nguyen, Tanny V
14882 Hope Street
Westminster, CA 92683

Nguyen, Tony
3649 Larchwood Drive
Corona, CA 92881

Nguyenphan, Alissa
13112 Magnolia Street Apt. #I12
Garden Grove, CA 92844

Nichols, Keevil E
2781 W MacArthur Blvd., B243
Santa Ana, CA 92704

Noble, Alexander
P.O. BOX 677
LOS ALAMITOS, CA 90720

Ochoa, Cecilia
1305 S. Olive Street
Santa Ana, CA 92707

~~Ochoa, Ermina~~
~~1555 Cherry Street Apt. C~~
~~Placentia, CA 92870~~

Oliveros, Jose
2949 E. Maple Avenue, #D
Orange, CA 92869

Oum, Peter
570 N Noble Street
Orange, CA 92869

Palacios, Ruben
1313 N. Spurgeon Street Apt. #A
Santa Ana, CA 92701

Pandaeus, Rene A
c/o 14 Mountain Oaks Park
La Crescenta, CA 91214

Partida, Harvey
2829 S Center St.
Santa Ana, CA 92704

Pastor, Deborah C
2431 W. Random Drive
Anaheim, CA 92804

June 2012

DOCS_LA:271252.7 03717/002

**F 9013-3.1.PROOF.SERVICE**

Perales, Vanessa M
214 S Oak St.
Orange, CA 92866

Percival, Nicholas
24922 Buckboard Lane
Laguna Hills, CA 92653

Piers, Cookie
17092 Lynn Lane, Apt. A
Huntington Beach, CA 92649

Plawin, Kelly I
1120 W. 9th Street, Apt. A
Corona, CA 92882

Popov, Pavel N
4503 W. 120th Street
Hawthorne, CA 90250

Quakenbush, Susan L
1 Waddell Avenue
Fort Plain, NY 13339

Ramirez, Jose Edward
8101 Plaza Way Apt. A3
Stanton, CA 90680

Ramirez, Marcy
3362 W Brady Avenue
Anaheim, CA 92804

Randolph, Emily
8057 Crossridge Road
Dublin, CA 94568

Randolph, Lance W
8057 Crossridge Road
Dublin, CA 94568

Reckart, Gary
3868 Bethel Lane
Oakland, KY 42159

Reed, Kamira
4443 Linden Ave # 3
Long Beach, CA 90807

Robinson, Nicole M
14300 Newport Avenue Apt. 62
Tustin, CA 92780

Rodriguez, Jorge
3912 W. Carol Dr.
Fullerton, CA 92833

Romero, Alma P
1637 W. Brook Street
Santa Ana, CA 92703

Ros, Ratany
2720 E South Street Apt. #1
Long Beach, CA 90805

Ruiz, Liliana
3610 W Camille St.
Santa Ana, CA 92704

Salazar, Norberto R
717 Cypress Avenue
Pasadena, CA 91103

Salcedo, Brenda
923 West Berkeley St.
Santa Ana, CA 92707

Salonga, Pamela
20004 Gridley Rd
Cerritos, CA 90703

Schuler, Susan K
6615 South Saunders Lake Drive
Minnetrista, MN 55364

Sanchez, Cynthia
9322 Scottsview
Elk Grove, CA 95758

Sanchez, Shyrla
1206 W Chestnut Avenue
Santa Ana, CA 92703

Sandoval, Nina A
5451 Mead Drive
Buena Park, CA 90621-1377

Sem, David
1740 Stanton Place #2
Long Beach, CA 90804

Seursing, Kathy
21916 Acarus Avenue
Carson, CA 90745

Shafer, Lora K
10880 CR 10
East Liberty, OH 43319

Slagh, Kate A
2720 Granada Avenue
 San Diego, CA 92104

Smith, Brent A
Johnson Smith
1825 W. Carlton PL
Santa Ana, CA  92704-4204

Sorensen, James
26091 Paseo Minero
San Juan Capistrano, CA 92675

Tan, Tola
1610 Raymar St.
Santa Ana, CA 92703

Tang, Chheng S
1130 S. VINE AVENUE
ONTARIO, CA 91762

Thang, Dany
910 W Sierra Drive
Santa Ana, CA 92707

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_
DOCS_LA:271252.7 03717/002

**F 9013-3.1.PROOF.SERVICE**

~~Thienngern, Eunice~~
~~26356 Vintage Woods #17 O~~
~~Lake Forest, CA 92630~~

Thompson, Ellen J
422 Boyd Lane
Tyler, TX 75703

Ticas, Juan Carlos
2724 N Bristol Street #F2
Santa Ana, CA 92706

Julie L. Tinnin Coleman
3232 Scarlett Drive
Poplar Bluff, MO 63901

Tortarella, Heath J
4 Crowell Ave.
Rhinebeck, NY 12572

Troup, Tonia
80 Echo Run
Irvine, CA 92614

Valladares, Isabella
12232 Buaro St.
Garden Grove, CA 92840

~~Vargas, Jorge A~~
~~2345 Newport Blvd. Apt. D101~~
~~Costa Mesa, CA 92627~~

Velez, Stephanie R
2933 Gaul Street
Philadelphia, PA 19134

Vigil, Staci Y
5 Bragg
Irvine, CA 92620

Villasenor, Joe
607 North Chippewa Ave Apt. 170
Anaheim, CA 92801

Vu, Monica
5012 W Hazard Avenue
Santa Ana, CA 92703

Weizenegger, Guadalupe
23288 Orange Avenue, #5
Lake Forest, CA 92630

Wellik, Matthew B
13204 Myford Road, Apt. 814
Tustin, CA 92782

Wilson, Luther
5716 Exeter Ct.
Alta Loma, CA 91701

Wisner, Joshua S.A.
8901 Syracuse Avenue
Anaheim, CA 92804

Woods, Veda
1628 W. Bluefield
Phoenix, AZ 85023

Yacono, Christine A
35 Forest Avenue
Mt. Holly, NJ 08060

Zaragoza, Esther R
824 Forester Drive
Corona, CA 92880

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:271252.7 03717/002

**F 9013-3.1.PROOF.SERVICE**